# EXHIBIT F

# INVOICE



| | |
|---|---|
| INVOICE NUMBER: | 0076664-IN |
| INVOICE DATE: | 07/28/2005 |
| ORDER NUMBER: | 0018566 |
| ORDER DATE: | 07/25/2005 |
| CUSTOMER NO: | FL141 |
| SALESPERSON: | C13 |

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066  1-800-356-3521  FAX (330) 335-9504

**SOLD TO:**
WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL 33442

**SHIP TO:**
WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL 33442

DELIVERY DATE:    PROJECT NO: FL052005    PROJECT NAME: SWEETWATER

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 957-1137 | | | 2.00/10 Net 30 |

| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 03963 | ROLL | 400.00 | 400.00 | 0.00 | 41.00 | 16,400.00 |
| SOPRALENE FL 180 FR WHITE | WHSE: OH1 | | | | | |

PLEASE NOTE: SOPREMA, INC. ACCEPTS PAYMENT WITH VISA, MASTERCARD OR AMERICAN EXPRESS. PLEASE CALL THE ACCOUNTS RECEIVABLE DEPARTMENT AT (800) 356-3521 TO MAKE YOUR PAYMENT OR FOR ADDITIONAL INFORMATION.

| | |
|---|---|
| Net Invoice: | 16.400.00 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 984.00 |
| **Invoice Total:** | **17,384.00** |

ACCOUNTING

# INVOICE



| | |
|---|---|
| INVOICE NUMBER: | 0086442-IN |
| INVOICE DATE: | 07/28/2006 |
| ORDER NUMBER: | 0030107 |
| ORDER DATE: | 07/24/2006 |
| CUSTOMER NO: | FL141 |
| SALESPERSON: | C13 |

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066  1-800-356-3521  FAX (330) 335-9504

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

DELIVERY DATE:     PROJECT NO: FL062006     PROJECT NAME: CLEVELAND CLINIC

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 1039-2921 | | | NET 90 |

| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 02176    SOPRALENE FL 250 FR WHITE | ROLL | 375.00  WHSE: OH1 | 375.00 | 0.00 | 40.95 | 15,356.25 |
| /VAFS1    FUEL SURCHARGE FLORIDA | | | | | | 445.00 |

| | |
|---|---|
| Net Invoice: | 15,801.25 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 921.38 |
| **Invoice Total:** | **16,722.63** |

ACCOUNTING



# INVOICE

INVOICE NUMBER: 0095648-IN
INVOICE DATE: 06/28/2007
ORDER NUMBER: 0046744
ORDER DATE: 06/21/2007
CUSTOMER NO: FL141
SALESPERSON: C13

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066  1-800-356-3521  FAX (330) 335-9504

SOLD TO:
WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL 33442

SHIP TO:
WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL 33442

DELIVERY DATE:    PROJECT NO: FL07 2008    PROJECT NAME: MDCPS

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 1070-5205 | | | NET 90 |

| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 03963 SOPRALENE FL 180 FR WHITE | ROLL WHSE: OH1 | 375.00 | 375.00 | 0.00 | 46.55 | 17,456.25 |
| VAFS1 FUEL SURCHARGE FLORIDA | | | | | | 472.00 |

Company: WWS
Voucher#: 5208
Approved: [signature]
Job#: 1070
Date Ent: 7/2/07
PO#: 5205
GL#:
Date:

JUL 02 2007

Net Invoice: 17,928.25
Less Discount: 0.00
Freight: 0.00
Sales Tax: 1,047.38
**Invoice Total:** 18,975.63

# INVOICE



INVOICE NUMBER: 0011424-IN
INVOICE DATE: 12/30/2008
ORDER NUMBER: 0067830
ORDER DATE: 12/19/2008
CUSTOMER NO: FL141
SALESPERSON: C13

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066  1-800-356-3521  FAX (330) 335-9504

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH,  FL  33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH,  FL  33442

DELIVERY DATE:       PROJECT NO:        PROJECT NAME: IT DATA CENTER

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 8506 | | | NET 90 |

| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 06010 SOPRALENE FL STICK /VAF01 | ROLL | 25.00 WHSE: FL3 | 25.00 | 0.00 | 84.30 | 2,107.50 |
| FREIGHT FLORIDA | | | | | | 270.00 |

Net Invoice: 2,377.50
Less Discount: 0.00
Freight: 0.00
Sales Tax: 126.45
**Invoice Total: 2,503.95**

ACCOUNTING

# INVOICE



REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066  1-800-356-3521  FAX (330) 335-9504

INVOICE NUMBER: 0018832-IN
INVOICE DATE: 10/15/2009
ORDER NUMBER: 0077971
ORDER DATE: 10/09/2009
CUSTOMER NO: FL141
SALESPERSON: C13

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

DELIVERY DATE:   PROJECT NO: FL09101-   PROJECT NAME: STOCK

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 8720 | | | NET 90 |

| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 04955 SOPRALENE FL 180 FR WHITE 3.5 /VAFS1 | ROLL WHSE: MS1 | 373.00 | 373.00 | 0.00 | 54.00 | 20,142.00 |
| FUEL SURCHARGE FLORIDA | | | | | | 113.00 |

Net Invoice: 20,255.00
Less Discount: 0.00
Freight: 0.00
Sales Tax: 1,208.52
Invoice Total: 21,463.52

ACCOUNTING