UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 09-23243-CIV-HUCK/O'SULLIVAN

JUAN RAMOS, et al.,

       Plaintiffs,

v.

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC., et al.,

       Defendants.
_____/

## ORDER ON MOTION TO STRIKE

This matter is before the Court on Plaintiffs' Motion for Issuance of Notice of Action Against Defendant C.G.R. Construction Co., Inc. (Doc. 131), filed April 12, 2010. The Court held a hearing on the motion on April 23, 2010. For the reasons stated in open court, it is hereby

ORDERED that the motion is GRANTED. The Clerk of this Court shall issue Plaintiffs' proposed Notice of Action (Exhibit J to Doc. 131) so that it may be published in the *Daily Business Review*.

DONE AND ORDERED in Chambers, Miami, Florida, April 23, 2010.

                                       Paul C. Huck
                                       United States District Judge

**Copies furnished to:**
All Counsel of Record
Clerk's Office