UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

JUAN RAMOS, MARIO ALBERTO VELASQUEZ, JORGE DELGADO, JOSE MARIA SUAZO, CARLOS MENJIVAR, MARCIAL ANTONIO RUGAMA, LUIS FERNANDO RAMIREZ, ALVARO SOTELO, ALVARO IZAGUIRRE MALDONADO, JOSE ARMANDO PINEDA, and others similarly-situated,

    Plaintiffs,

vs.

WEISS & WOOLRICH SOUTHERN ENTERPRISES, INC., a Florida corporation, HENRY GEMBALA, individually, and C.G.R. CONSTRUCTION CO., INC., a Florida corporation,

    Defendants.
_____/

CASE NO. 09-23243-CIV-HUCK

MAGISTRATE JUDGE O'SULLIVAN

## NOTICE OF ACTION
(Notice by Publication)

TO:   C.G.R. CONSTRUCTION CO., INC.
       c/o Sheryl Rebosio, Registered Agent
       3109 S.W. 15th Street
       Deerfield Beach, Florida 33442

YOU ARE NOTIFIED that an action for violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201-219, for unpaid overtime wages, has been filed against you in the United District Court for the Southern District of Florida, Miami Division, in Juan Ramos, et al. vs. Weiss & Woolrich Southern Enterprises, Inc., Henry Gembala, and C.G.R. Construction Co., Inc., Case number 09-23243-CIV-HUCK/O'SULLIVAN, and you are required to serve a copy of your written

defense, if any, to it on Eddy O. Marban, Esq., Plaintiff's attorney, whose address is Ocean Bank Building, Suite 350, 782 N.W. LeJeune Road, Miami, Florida 33126, on or before __6-14-10__ and file the original with the Clerk of this Court, at the U.S. District Courthouse, 400 North Miami Avenue, 8th Floor North, Miami, Florida 33128, either before service on Plaintiff's attorney or immediately thereafter, otherwise a default will be entered against you for the relief demanded in the Amended Complaint.

Dated on this __27__ day of __April__, 2010.

Steven M. Larimore
Clerk of the Court

By: _____
As Deputy Clerk

2