# INVOICE



### SOPREMA®

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066  1-800-356-3521  FAX (330) 335-9504

INVOICE NUMBER: 0076664-IN
INVOICE DATE: 07/28/2005
ORDER NUMBER: 0018566
ORDER DATE: 07/25/2005
CUSTOMER NO: FL141
SALESPERSON: C13

| SOLD TO: | SHIP TO: |
|---|---|
| WEISS & WOOLRICH SOUTHERN ENTERPRISES, INC. 1431 SW 30TH AVENUE DEERFIELD BEACH, FL 33442 | WEISS & WOOLRICH SOUTHERN ENTERPRISES, INC. 1431 SW 30TH AVENUE DEERFIELD BEACH, FL 33442 |

DELIVERY DATE:          PROJECT NO: FL052005          PROJECT NAME: SWEETWATER

| CUSTOMER P.O. 957-1137 | SHIP VIA | F.O.B. | TERMS 2.00/10 Net 30 |
|---|---|---|---|

| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 03963 SOPRALENE FL 180 FR WHITE | ROLL | 400.00 WHSE: OH1 | 400.00 | 0.00 | 41.00 | 16,400.00 |

**PLEASE NOTE: SOPREMA, INC. ACCEPTS PAYMENT WITH VISA, MASTERCARD OR AMERICAN EXPRESS. PLEASE CALL THE ACCOUNTS RECEIVABLE DEPARTMENT AT (800) 356-3521 TO MAKE YOUR PAYMENT OR FOR ADDITIONAL INFORMATION.**

| | |
|---|---|
| Net Invoice: | 16,400.00 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 984.00 |
| **Invoice Total:** | **17,384.00** |

ACCOUNTING

# INVOICE



## SOPREMA®

| | |
|---|---|
| INVOICE NUMBER: | 0079931-IN |
| INVOICE DATE: | 11/18/2005 |
| ORDER NUMBER: | 0022111 |
| ORDER DATE: | 11/08/2005 |
| CUSTOMER NO: | FL141 |
| SALESPERSON: | C13 |

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066 1-800-356-3521 FAX (330) 335-9504

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL 33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL 33442

DELIVERY DATE: PROJECT NO: FL052005 PROJECT NAME: HURRICAN REPAIRS

| CUSTOMER P.O.<br>WILMA | SHIP VIA | | F.O.B. | | TERMS<br>NET 90 | | |
|---|---|---|---|---|---|---|---|

| ITEM NO. | | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 01729 | | ROLL | 510.00 | 510.00 | 0.00 | 26.00 | 13,260.00 |
| ELAST. FL HP WH 3.0MM SPECIAL | | | WHSE: OH1 | | | | |
| 7241VA | | | | | | | 298.00 |
| FUEL SURCHARGE | | | | | | | |

WH'S Company    1007 Job#    PO#

39000 Voucher#    12/21/05 Date/Entered

Approved    /2/06 Date

RECEIVED NOV 25 2005

**PLEASE NOTE: SOPREMA, INC. ACCEPTS PAYMENT WITH VISA,
MASTERCARD OR AMERICAN EXPRESS. PLEASE CALL THE ACCOUNTS
RECEIVABLE DEPARTMENT
AT (800) 356-3521 TO MAKE YOUR PAYMENT OR FOR ADDITIONAL
INFORMATION.**

| | |
|---|---|
| Net Invoice: | 13.558.00 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 795.60 |
| **Invoice Total:** | **14,353.60** |

ORIGINAL

# INVOICE



## SOPREMA ®

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066  1-800-356-3521 FAX (330) 335-9504

| | |
|---|---|
| INVOICE NUMBER: | 0080032-IN |
| INVOICE DATE: | 11/22/2005 |
| ORDER NUMBER: | 0022112 |
| ORDER DATE: | 11/08/2005 |
| CUSTOMER NO: | FL141 |
| SALESPERSON: | C13 |

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH,  FL  33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH,  FL  33442

DELIVERY DATE:     PROJECT NO:  FL052005     PROJECT NAME:  HURRICANE REPAIRS

| CUSTOMER P.O. WILMA | SHIP VIA | F.O.B. | TERMS NET 90 | | | |
|---|---|---|---|---|---|---|
| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
| 01729 | ROLL | 510.00 | 510.00 | 0.00 | 26.00 | 13,260.00 |
| ELAST. FL HP WH 3.0MM SPECIAL | WHSE: OH1 | | | | | |

HWS
Company
39002
Voucher#
Approved

1007
JOB#   PO#
12/21/05
Date Entered
1/22/06
Date

RECEIVED
NOV 25 2005

PLEASE NOTE:  SOPREMA, INC.  ACCEPTS PAYMENT WITH VISA,
MASTERCARD OR AMERICAN EXPRESS.  PLEASE CALL THE ACCOUNTS
RECEIVABLE DEPARTMENT
AT  (800)  356-3521 TO MAKE YOUR PAYMENT OR FOR ADDITIONAL
INFORMATION.

| | |
|---|---|
| Net Invoice: | 13,260.00 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 795.60 |
| **Invoice Total:** | **14,055.60** |

ORIGINAL

# INVOICE



**SOPREMA** ®

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066  1-800-356-3521  FAX (330) 335-9504

|  |  |
|---|---|
| INVOICE NUMBER: | 0079928-IN |
| INVOICE DATE: | 11/18/2005 |
| ORDER NUMBER: | 0022243 |
| ORDER DATE: | 11/10/2005 |
| CUSTOMER NO: | FL141 |
| SALESPERSON: | C13 |
| SALESPERSON 2: | C45 |

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL   33442

SHIP TO:

ATLANTA POST OFFICE
C/O WEISS & WOOLRICH
1605 BOGGS AVE.
DULUTH, GA   30096

| DELIVERY DATE: | PROJECT NO: FL052005 | PROJECT NAME:  ATLANTA POST OFFICE |
|---|---|---|

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 28-1507 |  |  | NET 90 |

| EM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 963 SOPRALENE FL 180 FR WHITE | ROLL | 400.00 WHSE: OH1 | 400.00 | 0.00 | 41.00 | 16,400.00 |
| 241VA FUEL SURCHARGE |  |  |  |  |  | 176.50 |

WWS     0 928
Company     Job#     PO#

Voucher#     Date Entered

Approved     Date

NOV 2 5 2005

**PLEASE NOTE: SOPREMA, INC. ACCEPTS PAYMENT WITH VISA,
MASTERCARD OR AMERICAN EXPRESS.  PLEASE CALL THE ACCOUNTS
RECEIVABLE DEPARTMENT
AT (800) 356-3521 TO MAKE YOUR PAYMENT OR FOR ADDITIONAL
INFORMATION.**

|  |  |
|---|---|
| Net Invoice: | 16.576.50 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 984.00 |
| **Invoice Total:** | **17,560.50** |

ORIGINAL

# INVOICE



| | |
|---|---|
| INVOICE NUMBER: | 0080038-IN |
| INVOICE DATE: | 11/22/2005 |
| ORDER NUMBER: | 0022246 |
| ORDER DATE: | 11/10/2005 |
| CUSTOMER NO: | FL141 |
| SALESPERSON: | C13 |
| SALESPERSON 2: | C45 |

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066  1-800-356-3521 FAX (330) 335-9504

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

SHIP TO:

ATLANTA POST OFFICE
C/O WEISS & WOOLRICH
1605 BOGGS AVE.
DULUTH, GA  30096

DELIVERY DATE:          PROJECT NO: FL052005          PROJECT NAME: ATLANTA POST OFFICE

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 28-1507 | | | NET 90 |

| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 963 | ROLL | 300.00 | 300.00 | 0.00 | 41.00 | 12,300.00 |
| SOPRALENE FL 180 FR WHITE | | WHSE: OH1 | | | | |
| 241VA | | | | | | 176.50 |
| FUEL SURCHARGE | | | | | | |

WWS   0 928
Company   Job#   PO#

Voucher#   Date/Entered

Approved   Date

MNP 15 2005

**PLEASE NOTE: SOPREMA, INC. ACCEPTS PAYMENT WITH VISA,
MASTERCARD OR AMERICAN EXPRESS. PLEASE CALL THE ACCOUNTS
RECEIVABLE DEPARTMENT
AT (800) 356-3521 TO MAKE YOUR PAYMENT OR FOR ADDITIONAL
INFORMATION.**

| | |
|---|---|
| Net Invoice: | 12.476.50 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 738.00 |
| **Invoice Total:** | **13,214.50** |

ORIGINAL

# INVOICE



SOPREMA ®

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066  1-800-356-3521 FAX (330) 335-9504

| | |
|---|---|
| INVOICE NUMBER: | 0079929-IN |
| INVOICE DATE: | 11/18/2005 |
| ORDER NUMBER: | 0022245 |
| ORDER DATE: | 11/10/2005 |
| CUSTOMER NO: | FL141 |
| SALESPERSON: | C13 |
| SALESPERSON 2: | C45 |

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL   33442

SHIP TO:

ATLANTA POST OFFICE
C/O WEISS & WOOLRICH
1605 BOGGS AVE.
DULUTH, GA   30096

DELIVERY DATE:          PROJECT NO:  FL052005          PROJECT NAME:   ATLANTA POST OFFICE

| CUSTOMER P.O. 928-1507 | SHIP VIA | F.O.B. | TERMS NET 90 | | |
|---|---|---|---|---|---|
| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |

| ITEM NO. | | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 3963 SOPRALENE FL 180 FR WHITE | | ROLL | 400.00 WHSE: OH1 | 400.00 | 0.00 | 41.00 | 16,400.00 |
| 7241VA FUEL SURCHARGE | | | | | | | 176.50 |

WNS        O 928
**Company        Job#        PO#**

**Voucher#        Date Entered**

**Approved        Date**

APPROVED
NOV 2 5 2005

| | |
|---|---|
| Net Invoice: | 16,576.50 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 984.00 |
| **Invoice Total:** | **17,560.50** |

PLEASE NOTE: SOPREMA, INC. ACCEPTS PAYMENT WITH VISA,
MASTERCARD OR AMERICAN EXPRESS. PLEASE CALL THE ACCOUNTS
RECEIVABLE DEPARTMENT
AT (800) 356-3521 TO MAKE YOUR PAYMENT OR FOR ADDITIONAL
INFORMATION.

# INVOICE



INVOICE NUMBER: 0079930-IN
INVOICE DATE: 11/18/2005
ORDER NUMBER: 0022242
ORDER DATE: 11/10/2005
CUSTOMER NO: FL141
SALESPERSON: C13
SALESPERSON 2: C45

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066  1-800-356-3521  FAX (330) 335-9504

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

SHIP TO:

ATLANTA POST OFFICE
C/O WEISS & WOOLRICH
1605 BOGGS RD.
DULUTH, GA  30096

DELIVERY DATE:        PROJECT NO:  FL052005        PROJECT NAME:  ATLANTA POST OFFICE

| CUSTOMER P.O. 928-1507 | SHIP VIA | F.O.B. | TERMS NET 90 |
|---|---|---|---|

| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 03963 SOPRALENE FL 180 FR WHITE | ROLL | 400.00 WHSE: OH1 | 400.00 | 0.00 | 41.00 | 16,400.00 |
| 7241VA FUEL SURCHARGE | | | | | | 176.50 |

KWS
**Company**

O 928
**Job#**     **PO#**

39023
**Voucher#**

12/31/05
**Date Entered**

3/5/06
**Date**

**Approved**

RECEIVED
NOV 25 2005

**PLEASE NOTE: SOPREMA, INC.  ACCEPTS PAYMENT WITH VISA,
MASTERCARD OR AMERICAN EXPRESS.  PLEASE CALL THE ACCOUNTS
RECEIVABLE DEPARTMENT
AT  (800)  356-3521 TO MAKE YOUR PAYMENT OR FOR ADDITIONAL
INFORMATION.**

| | |
|---|---|
| Net Invoice: | 16,576.50 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 984.00 |
| **Invoice Total:** | **17,560.50** |

ORIGINAL

# INVOICE



**SOPREMA** ®

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066  1-800-356-3521  FAX (330) 335-9504

INVOICE NUMBER: 0086442-IN
INVOICE DATE: 07/28/2006
ORDER NUMBER: 0030107
ORDER DATE: 07/24/2006
CUSTOMER NO: FL141
SALESPERSON: C13

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH,  FL   33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH,  FL   33442

DELIVERY DATE:　　　　PROJECT NO:  FL062006　　　PROJECT NAME:   CLEVELAND CLINIC

| CUSTOMER P.O.<br>1039-2921 | SHIP VIA | F.O.B. | TERMS<br>NET 90 | | | |
|---|---|---|---|---|---|---|
| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
| 02176<br>  SOPRALENE FL 250 FR WHITE | ROLL | 375.00<br>WHSE: OH1 | 375.00 | 0.00 | 40.95 | 15,356.25 |
| /VAFS1<br>  FUEL SURCHARGE FLORIDA | | | | | | 445.00 |

| | |
|---|---|
| Net Invoice: | 15,801.25 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 921.38 |
| **Invoice Total:** | **16,722.63** |

ACCOUNTING



INVOICE NUMBER: 0093332-IN
INVOICE DATE: 04/10/2007
ORDER NUMBER: 0039172
ORDER DATE: 04/04/2007
CUSTOMER NO: FL141
SALESPERSON: C13

**SOPREMA** ®

PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066  1-800-356-3521  FAX (330) 335-9504

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH,  FL  33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH,  FL  33442

DELIVERY DATE:          PROJECT NO.  FL072008          PROJECT NAME:   STOCK

| CUSTOMER P.O.<br>LARRY | SHIP VIA | F.O.B. | TERMS<br>NET 90 | | | |
|---|---|---|---|---|---|---|
| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
| 1259<br>ELASTOPHENE FL WHITE | ROLL | 425.00<br>WHSE: OH1 | 425.00 | 0.00 | 38.00 | 16,150.00 |
| FAFS1<br>FUEL SURCHARGE FLORIDA | | | | | | 357.00 |

WWS          Job# 1049          PO# 4925

Company

Voucher#  52181          Date Ent 4/20/07          GL#

Approved          Date

RECEIVED
APR 16 2007

| | |
|---|---|
| Net Invoice: | 16,507.00 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 969.00 |
| **Invoice Total:** | **17,476.00** |

ORIGINAL

# INVOICE



| | |
|---|---|
| INVOICE NUMBER: | 0094046-IN |
| INVOICE DATE: | 05/03/2007 |
| ORDER NUMBER: | 0041587 |
| ORDER DATE: | 04/30/2007 |
| CUSTOMER NO: | FL141 |
| SALESPERSON: | C13 |

**REMIT TO:** PO BOX 75755, CLEVELAND, OH 44101
**PHONE** (330) 334-0066 1-800-356-3521 FAX (330) 335-9504

**SOLD TO:**

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL 33442

**SHIP TO:**

WEISS & WOOLRICH C/O
RUTH OWENS KRUSE TECH
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL 33442

DELIVERY DATE: PROJECT NO: fl072008 PROJECT NAME: RUTH OWENS KRUSE TECH

| CUSTOMER P.O. 957-5032 | SHIP VIA | F.O.B. | TERMS NET 90 | | |
|---|---|---|---|---|---|

| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 03963 SOPRALENE FL 180 FR WHITE /VAFS1 | ROLL | 375.00 WHSE: OH1 | 375.00 | 0.00 | 46.55 | 17,456.25 |
| FUEL SURCHARGE FLORIDA | | | | | | 472.00 |

*Handwritten:* WWS 5032 Approval
Company PO#

*Handwritten:* 957-18
G/L# Job# Code

Voucher# 52651 5/10/07

MAY 0 7

| | |
|---|---|
| Net Invoice: | 17,928.25 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 1,047.38 |
| **Invoice Total:** | **18,975.63** |

ORIGINAL



# SOPREMA ®

INVOICE NUMBER: 0094516-IN
INVOICE DATE: 05/23/2007
ORDER NUMBER: 0044381
ORDER DATE: 05/17/2007
CUSTOMER NO: FL141
SALESPERSON: C13

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066  1-800-356-3521  FAX (330) 335-9504

| SOLD TO: | SHIP TO: |
|---|---|
| WEISS & WOOLRICH SOUTHERN ENTERPRISES, INC. 1431 SW 30TH AVENUE DEERFIELD BEACH, FL 33442 | WEISS & WOOLRICH C/O BEN SHEPPARD ELEMENTARY 1431 SW 30TH AVENUE DEERFIELD BEACH, FL 33442 |

DELIVERY DATE:     PROJECT NO: FL07101-     PROJECT NAME: BEN SHEPPARD ELEMENTARY

| CUSTOMER P.O. 1060-5078 | SHIP VIA | F.O.B. | TERMS NET 90 |
|---|---|---|---|

| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 03963 SOPRALENE FL 180 FR WHITE | ROLL | 375.00 WHSE: OH1 | 375.00 | 0.00 | 46.55 | 17,456.25 |
| /VAFS1 FUEL SURCHARGE FLORIDA | | | | | | 472.00 |



Company     UWO
Voucher#    S3 293
Approved

Job#     1060-55
Date Ent    6/4/07

PO#     5078
GL#

| | |
|---|---|
| Net Invoice: | 17,928.25 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 1,047.38 |
| **Invoice Total:** | **18,975.63** |

RECEIVED
MAY 2 9 2007

ORIGINAL

Sales Tax:     -24.90

# INVOICE



|  |  |
|---|---|
| INVOICE NUMBER: | 0095648-IN |
| INVOICE DATE: | 06/28/2007 |
| ORDER NUMBER: | 0046744 |
| ORDER DATE: | 06/21/2007 |
| CUSTOMER NO: | FL141 |
| SALESPERSON: | C13 |

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066  1-800-356-3521  FAX (330) 335-9504

**SOLD TO:**

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

**SHIP TO:**

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

DELIVERY DATE:       PROJECT NO: FL07 2008       PROJECT NAME:  MDCPS

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 1070-5205 | | | NET 90 |

| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 03963 | ROLL | 375.00 | 375.00 | 0.00 | 46.55 | 17,456.25 |
| SOPRALENE FL 180 FR WHITE | | WHSE: OH1 | | | | |
| VAFS1 | | | | | | 472.00 |
| FUEL SURCHARGE FLORIDA | | | | | | |



Company  WWS
Job#  1070
PO#  5205
Voucher#
Date Ent  7/2/07
GL#
Approved
Date

RECEIVED JUL 0 2 2007

|  |  |
|---|---|
| Net Invoice: | 17,928.25 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 1,047.38 |
| **Invoice Total:** | **18,975.63** |

# INVOICE



| | |
|---|---|
| INVOICE NUMBER: | 0095519-IN |
| INVOICE DATE: | 06/25/2007 |
| ORDER NUMBER: | 0046733 |
| ORDER DATE: | 06/21/2007 |
| CUSTOMER NO: | FL141 |
| SALESPERSON: | C13 |

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066  1-800-356-3521  FAX (330) 335-9504

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

DELIVERY DATE:            PROJECT NO:  FL072008          PROJECT NAME:  MDCPS

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| .086-5211 | | | NET 90 |

| EM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1410 | ROLL | 540.00 | 540.00 | 0.00 | 38.65 | 20,871.00 |
| SOPRALENE FL 180 | | WHSE: OH1 | | | | |
| AFS1 | | | | | | 472.00 |
| FUEL SURCHARGE FLORIDA | | | | | | |

WWS  1086  5211
**Company**  **Job#**  **PO#**
5142?  7/5/07
**Voucher#**  **Date Ent**  **GL#**

**Approved**            **Date**

| | |
|---|---|
| Net Invoice: | 21,343.00 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 1,252.26 |
| **Invoice Total:** | **22,595.26** |

# INVOICE



BOX 75755, CLEVELAND, OH 44101
34-0066   1-800-356-3521   FAX (330) 335-9504

| | |
|---|---|
| INVOICE NUMBER: | 0096427-IN |
| INVOICE DATE: | 07/24/2007 |
| ORDER NUMBER: | 0046901 |
| ORDER DATE: | 06/26/2007 |
| CUSTOMER NO: | FL141 |
| SALESPERSON: | C13 |

**SOLD TO:**

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL   33442

**SHIP TO:**

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL   33442

| DELIVERY DATE: | PROJECT NO: FL072007 | PROJECT NAME:  STOCK |
|---|---|---|

| CUSTOMER P.O. 1126-5165 | SHIP VIA | F.O.B. | TERMS NET 90 |
|---|---|---|---|

| TEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 00136 SOPRABASE TG | ROLL | 600.00 WHSE: OH1 | 600.00 | 0.00 | 30.44 | 18,264.00 |
| VAFS1 FUEL SURCHARGE FLORIDA | | | | | | 427.00 |



Company  552ll
Voucher#
Approved

Job#  1126
Date Ent  7/30/07
Date

PO#  5165
GL#

| | |
|---|---|
| Net Invoice: | 18.691.00 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 1,095.84 |
| **Invoice Total:** | **19,786.84** |

ORIGINAL

# INVOICE



INVOICE NUMBER: 0010313-IN
INVOICE DATE: 11/11/2008
ORDER NUMBER: 0066222
ORDER DATE: 11/04/2008
CUSTOMER NO: FL141
SALESPERSON: C13

REMIT TO:  PO BOX 75755, CLEVELAND, OH  44101
PHONE (330) 334-0066   1-800-356-3521  FAX (330) 335-9504

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH,  FL  33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH,  FL  33442

DELIVERY DATE:          PROJECT NO:  FL08101-          PROJECT NAME:   STOCK

| CUSTOMER P.O. 7417 | SHIP VIA | F.O.B. | TERMS NET 90 | | |
|---|---|---|---|---|---|
| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |

| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 00410 SOPRALENE FL 180 | ROLL | 540.00 WHSE: MSJ | 540.00 | 0.00 | 54.50 | 29,430.00 |
| VAFS1 FUEL SURCHARGE FLORIDA | | | | | | 527.00 |



Company     PO #     Approval

G/L #     Job #     Code

Voucher #  PTO4477  9/17

| | |
|---|---|
| Net Invoice: | 29,957.00 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 1,765.80 |
| **Invoice Total:** | **31,722.80** |

ORIGINAL

# INVOICE



## SOPREMA®

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066  1-800-356-3521 FAX (330) 335-9504

| | |
|---|---|
| INVOICE NUMBER: | 0010352-IN |
| INVOICE DATE: | 11/12/2008 |
| ORDER NUMBER: | 0066361 |
| ORDER DATE: | 11/07/2008 |
| CUSTOMER NO: | FL141 |
| SALESPERSON: | C13 |

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

DELIVERY DATE:    PROJECT NO: FL08101-    PROJECT NAME: STOCK

| CUSTOMER P.O. 7429 | SHIP VIA | F.O.B. | TERMS NET 90 | | |
|---|---|---|---|---|---|

| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 06010 SOPRALENE FL STICK | ROLL | 125.00 WHSE: OH1 | 125.00 | 0.00 | 84.30 | 10,537.50 |
| 03963 SOPRALENE FL 180 FR WHITE | ROLL | 180.00 WHSE: OH1 | 180.00 | 0.00 | 45.80 | 8,244.00 |
| 05181 SOPRALAST 50 TV ALU | ROLL | 60.00 WHSE: OH1 | 60.00 | 0.00 | 90.28 | 5,416.80 |
| VAFS1 FUEL SURCHARGE FLORIDA | | | | | | 532.00 |

*pricing*

Company    PO #    Approval

G/L #    Job #    Code

Voucher #

RECEIVED
NOV 20 2008

| | |
|---|---|
| Net Invoice: | 24,730.30 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 1,451.90 |
| **Invoice Total:** | **26,182.20** |

ORIGINAL

# INVOICE



## SOPREMA®

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066  1-800-356-3521  FAX (330) 335-9504

INVOICE NUMBER: 0010673-IN
INVOICE DATE: 11/24/2008
ORDER NUMBER: 0066937
ORDER DATE: 11/19/2008
CUSTOMER NO: FL141
SALESPERSON: C13

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

DELIVERY DATE:          PROJECT NO:  FL08101-STOCK     PROJECT NAME:

| CUSTOMER P.O. 7479 | SHIP VIA | | F.O.B. | | TERMS NET 90 | |
|---|---|---|---|---|---|---|
| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
| 00410 | ROLL | 540.00 | 540.00 | 0.00 | 49.78 | 26,881.20 |
| SOPRALENE FL 180 | | WHSE: OH1 | | | | |
| /VAFS1 | | | | | | 527.00 |
| FUEL SURCHARGE FLORIDA | | | | | | |

WW15  7479  ~~~~
Company   PO #   Approval

G/L #    Job #    Code

Voucher #    PT04841  12/2

RECEIVED
DEC 01 2008

ORIGINAL

| | |
|---|---|
| Net Invoice: | 27,408.20 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 1,612.87 |
| **Invoice Total:** | **29,021.07** |

# INVOICE



**SOPREMA** ®

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066  1-800-356-3521  FAX (330) 335-9504

INVOICE NUMBER: 0010654-IN
INVOICE DATE: 11/24/2008
ORDER NUMBER: 0066186
ORDER DATE: 11/03/2008
CUSTOMER NO: FL141
SALESPERSON: C13

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH,  FL  33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH,  FL  33442

DELIVERY DATE:          PROJECT NO:  FL081010-     PROJECT NAME:  STOCK

| CUSTOMER P.O. 7419 7402 | SHIP VIA | F.O.B. | TERMS NET 90 | | | | |
|---|---|---|---|---|---|---|---|
| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | | AMOUNT |
| B100 SOPRA G | RL | 520.00 WHSE: OH9 | 520.00 | 0.00 | 30.00 | | 15,600.00 |
| /VAFS1 FUEL SURCHARGE FLORIDA | | | | | | | 429.00 |



WWS        7402
Company     PO #         Approval

G/L #        Job #         Code

Voucher #   8104902  12/3

APPROVED
DEC 0 1 2008

| | | |
|---|---|---|
| Net Invoice: | 16,029.00 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 936.00 |
| **Invoice Total:** | **16,965.00** |

# INVOICE



## SOPREMA®

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066  1-800-356-3521  FAX (330) 335-9504

INVOICE NUMBER: 0014062-IN
INVOICE DATE: 04/28/2009
ORDER NUMBER: 0071314
ORDER DATE: 04/20/2009
CUSTOMER NO: FL141
SALESPERSON: C13

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

DELIVERY DATE:          PROJECT NO: FL091-1-          PROJECT NAME:  STOCK

| CUSTOMER P.O. 8917 | SHIP VIA | F.O.B. | TERMS NET 90 | | |
|---|---|---|---|---|---|
| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |

| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 00473 SOPRALENE FLAM 180 2.6 /VAFS1 | ROLL | 540.00 WHSE: MS1 | 540.00 | 0.00 | 49.78 | 26,881.20 |
| FUEL SURCHARGE FLORIDA | | | | | | 45.00 |



WW⁰  8917  Fusson

PT08057 S/4

RECEIVED
MAY 0 4 2009

| | |
|---|---|
| Net Invoice: | 26,926.20 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 1,612.87 |
| Invoice Total: | 28,539.07 |

ORIGINAL

# INVOICE


## SOPREMA ®

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066  1-800-356-3521  FAX (330) 335-9504

INVOICE NUMBER: 0014111-IN
INVOICE DATE: 04/29/2009
ORDER NUMBER: 0071006
ORDER DATE: 04/13/2009
CUSTOMER NO: FL141
SALESPERSON: C13

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH,  FL  33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH,  FL  33442

DELIVERY DATE:          PROJECT NO:  FL09101-          PROJECT NAME:  STOCK

| CUSTOMER P.O. 8897 | SHIP VIA | F.O.B. | TERMS NET 90 | | | |
|---|---|---|---|---|---|---|
| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
| 01729 ELASTOPHENE FL HP WHITE /VAFS1 | ROLL | 510.00 WHSE: OH1 | 510.00 | 0.00 | 54.00 | 27,540.00 |
| FUEL SURCHARGE FLORIDA | | | | | | 007.00 |



WWS 8897

BI08074

MAY 0 4 2009

Net Invoice: 27,647.00
Less Discount: 0.00
Freight: 0.00
Sales Tax: 1,652.40
**Invoice Total:** 29,299.40

ORIGINAL

# INVOICE



**SOPREMA®**

REMIT TO:  PO BOX 75755, CLEVELAND, OH  44101
PHONE (330) 334-0066   1-800-356-3521  FAX (330) 335-9504

| | |
|---|---|
| INVOICE NUMBER: | 0014171-IN |
| INVOICE DATE: | 04/30/2009 |
| ORDER NUMBER: | 0071164 |
| ORDER DATE: | 04/16/2009 |
| CUSTOMER NO: | FL141 |
| SALESPERSON: | C13 |

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH,  FL  33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH,  FL  33442

DELIVERY DATE:          PROJECT NO:  FL091-1-      PROJECT NAME:  STOCK

| CUSTOMER P.O. 8907 | SHIP VIA | F.O.B. | TERMS NET 90 | | | |
|---|---|---|---|---|---|---|

| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 04955 SOPRALENE FL 180 FR WHITE 3.5 /VAFS1 | ROLL | 375.00 WHSE: OH1 | 375.00 | 0.00 | 58.00 | 21,750.00 |
| FUEL SURCHARGE FLORIDA | | | | | | 107.00 |

RECEIVED
MAY 0 4 2009

WWS  8907

PIO8053  5/4

| | |
|---|---|
| Net Invoice: | 21,857.00 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 1,305.00 |
| **Invoice Total:** | **23,162.00** |

ORIGINAL

# SALES ORDER





**SOPREMA** ®

310 QUADRAL DR. WADSWORTH, OH 44281
PHONE (330) 334-0066  1-800-356-3521  FAX (330) 335-9504

ORDER NUMBER: 0077971
ORDER DATE: 10/9/2009
CUSTOMER NO: FL141
SALESPERSON: C13

SOLD TO:
WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL   33442

SHIP TO:
WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL   33442

DELIVERY DATE:                    PROJECT INFO:   FL09101- STOCK

| CUSTOMER P.O. 8720 | SHIP VIA FLAT | F.O.B. | TERMS NET 90 | | |
|---|---|---|---|---|---|
| ITEM NUMBER | UNIT | ORDERED | SHIPPED | BACK ORDER | PRICE | AMOUNT |
| 04955 SOPRALENE FL 180 FR WHITE 3.5 | ROLL | 373.00 | 0.00 WHSE:  MS1 | 0.00 | 54.0000 | 20,142.00 |
| | | | | | | 113.00 |

7241VA FUEL SURCHARGE FLORIDA

DELIVER ASAP!

DRIVER MUST CALL B4 DELIVERY,

TO DIANA @ 954-419-9339

PICK-UP #77971

| | |
|---|---|
| Net Order: | 20,255.00 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 1,208.52 |
| Order Total: | 21,463.52 |

10/12/  9:19:47AM  JP

# INVOICE



INVOICE NUMBER: 0018832-IN
INVOICE DATE: 10/15/2009
ORDER NUMBER: 0077971
ORDER DATE: 10/09/2009
CUSTOMER NO: FL141
SALESPERSON: C13

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066  1-800-356-3521  FAX (330) 335-9504

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

DELIVERY DATE:          PROJECT NO: FL09101-          PROJECT NAME:  STOCK

| CUSTOMER P.O. 8720 | SHIP VIA | F.O.B. | TERMS NET 90 | | | |
|---|---|---|---|---|---|---|

| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 04955 | ROLL | 373.00 | 373.00 | 0.00 | 54.00 | 20,142.00 |
| SOPRALENE FL 180 FR WHITE 3.5 | | WHSE: MS1 | | | | |
| VAFS1 | | | | | | 113.00 |
| FUEL SURCHARGE FLORIDA | | | | | | |

| | |
|---|---|
| Net Invoice: | 20.255.00 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 1,208.52 |
| **Invoice Total:** | **21,463.52** |

ACCOUNTING