# INVOICE



**SOPREMA**®

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066  1-800-356-3521  FAX (330) 335-9504

INVOICE NUMBER: 0076664-IN
INVOICE DATE: 07/28/2005
ORDER NUMBER: 0018566
ORDER DATE: 07/25/2005
CUSTOMER NO: FL141
SALESPERSON: C13

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

DELIVERY DATE:          PROJECT NO:  FL052005          PROJECT NAME:  SWEETWATER

| CUSTOMER P.O. 957-1137 | SHIP VIA | | F.O.B. | | TERMS 2.00/10 Net 30 | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| ITEM NO. | | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
| 03963 SOPRALENE FL 180 FR WHITE | | ROLL | 400.00 WHSE: OH1 | 400.00 | 0.00 | 41.00 | 16,400.00 |

**PLEASE NOTE: SOPREMA, INC. ACCEPTS PAYMENT WITH VISA, MASTERCARD OR AMERICAN EXPRESS.  PLEASE CALL THE ACCOUNTS RECEIVABLE DEPARTMENT AT (800) 356-3521 TO MAKE YOUR PAYMENT OR FOR ADDITIONAL INFORMATION.**

| | |
| --- | --- |
| Net Invoice: | 16,400.00 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 984.00 |
| **Invoice Total:** | **17,384.00** |

ACCOUNTING

# INVOICE



**SOPREMA** ®

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066 1-800-356-3521 FAX (330) 335-9504

INVOICE NUMBER: 0079931-IN
INVOICE DATE: 11/18/2005
ORDER NUMBER: 0022111
ORDER DATE: 11/08/2005
CUSTOMER NO: FL141
SALESPERSON: C13

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

DELIVERY DATE: —       PROJECT NO: FL052005       PROJECT NAME:  HURRICAN REPAIRS

| CUSTOMER P.O. WILMA | SHIP VIA | | F.O.B. | | TERMS NET 90 | | |
|---|---|---|---|---|---|---|---|
| ITEM NO. | | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
| 01729 ELAST. FL HP WH 3.0MM SPECIAL | | ROLL | 510.00 WHSE: OH1 | 510.00 | 0.00 | 26.00 | 13,260.00 |
| 7241VA FUEL SURCHARGE | | | | | | | 298.00 |

WH'S
**Company**     1007
              **Job#**     **PO#**

39000           12/21/05
**Voucher#**    **Date/Entered**

**Approved**    12/06   **Date**

RECEIVED
NOV 25 2005

**PLEASE NOTE: SOPREMA, INC. ACCEPTS PAYMENT WITH VISA,
MASTERCARD OR AMERICAN EXPRESS.  PLEASE CALL THE ACCOUNTS
RECEIVABLE DEPARTMENT
AT (800) 356-3521 TO MAKE YOUR PAYMENT OR FOR ADDITIONAL
INFORMATION.**

| | |
|---|---|
| Net Invoice: | 13,558.00 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 795.60 |
| **Invoice Total:** | **14,353.60** |

ORIGINAL

# INVOICE

 **SOPREMA** ®

INVOICE NUMBER: 0080032-IN
INVOICE DATE: 11/22/2005
ORDER NUMBER: 0022112
ORDER DATE: 11/08/2005
CUSTOMER NO: FL141
SALESPERSON: C13

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066  1-800-356-3521  FAX (330) 335-9504

**SOLD TO:**

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL 33442

**SHIP TO:**

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL 33442

DELIVERY DATE:             PROJECT NO: FL052005       PROJECT NAME: HURRICANE REPAIRS

| CUSTOMER P.O. WILMA | SHIP VIA | | F.O.B. | | TERMS NET 90 | | |
|---|---|---|---|---|---|---|---|
| ITEM NO. | | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
| 01729 ELAST. FL HP WH 3.0MM SPECIAL | | ROLL | 510.00 WHSE: OH1 | 510.00 | 0.00 | 26.00 | 13,260.00 |

NNS  1007
**Company**  JOB#  **PO#**
39002  12/21/05
**Voucher#**  **Date Entered**
12/05
**Approved**  **Date**

RECEIVED NOV 25 2005

**PLEASE NOTE: SOPREMA, INC. ACCEPTS PAYMENT WITH VISA,
MASTERCARD OR AMERICAN EXPRESS. PLEASE CALL THE ACCOUNTS
RECEIVABLE DEPARTMENT
AT (800) 356-3521 TO MAKE YOUR PAYMENT OR FOR ADDITIONAL
INFORMATION.**

| | |
|---|---|
| Net Invoice: | 13,260.00 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 795.60 |
| **Invoice Total:** | **14,055.60** |

**ORIGINAL**

# INVOICE



## SOPREMA®

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066  1-800-356-3521  FAX (330) 335-9504

INVOICE NUMBER: 0079928-IN
INVOICE DATE: 11/18/2005
ORDER NUMBER: 0022243
ORDER DATE: 11/10/2005
CUSTOMER NO: FL141
SALESPERSON: C13
SALESPERSON 2: C45

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

SHIP TO:

ATLANTA POST OFFICE
C/O WEISS & WOOLRICH
1605 BOGGS AVE.
DULUTH, GA  30096

DELIVERY DATE:          PROJECT NO: FL052005          PROJECT NAME:  ATLANTA POST OFFICE

| CUSTOMER P.O. | SHIP VIA | | F.O.B. | | TERMS |
|---|---|---|---|---|---|
| 28-1507 | | | | | NET 90 |

| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 963 | ROLL | 400.00 | 400.00 | 0.00 | 41.00 | 16,400.00 |
| SOPRALENE FL 180 FR WHITE | | WHSE: OH1 | | | | |
| 241VA | | | | | | 176.50 |
| FUEL SURCHARGE | | | | | | |

WWS   0 928
Company   Job#   PO#

Voucher#   Date Entered

Approved   Date

NOV 2 5 2005

PLEASE NOTE: SOPREMA, INC. ACCEPTS PAYMENT WITH VISA,
MASTERCARD OR AMERICAN EXPRESS.  PLEASE CALL THE ACCOUNTS
RECEIVABLE DEPARTMENT
AT (800) 356-3521 TO MAKE YOUR PAYMENT OR FOR ADDITIONAL
INFORMATION.

| Net Invoice: | 16,576.50 |
|---|---|
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 984.00 |
| **Invoice Total:** | **17,560.50** |

# INVOICE



**SOPREMA** ®

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066  1-800-356-3521  FAX (330) 335-9504

| | |
|---|---|
| INVOICE NUMBER: | 0080038-IN |
| INVOICE DATE: | 11/22/2005 |
| ORDER NUMBER: | 0022246 |
| ORDER DATE: | 11/10/2005 |
| CUSTOMER NO: | FL141 |
| SALESPERSON: | C13 |
| SALESPERSON 2: | C45 |

SOLD TO:

WEISS & WOOLRICH SOUTHERN

ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

SHIP TO:

ATLANTA POST OFFICE
C/O WEISS & WOOLRICH
1605 BOGGS AVE.
DULUTH, GA  30096

DELIVERY DATE:          PROJECT NO: FL052005          PROJECT NAME:   ATLANTA POST OFFICE

| CUSTOMER P.O. 28-1507 | SHIP VIA | F.O.B. | TERMS NET 90 | | | |
|---|---|---|---|---|---|---|
| **ITEM NO.** | | **UNIT** | **ORDERED** | **SHIPPED** | **BACK ORD** | **PRICE** | **AMOUNT** |
| 963 | | ROLL | 300.00 | 300.00 | 0.00 | 41.00 | 12,300.00 |
| SOPRALENE FL 180 FR WHITE | | | WHSE: OH1 | | | | |
| 241VA | | | | | | | 176.50 |
| FUEL SURCHARGE | | | | | | | |

WWS     0 928
Company   Job#   PO#

Voucher#   Date/Entered

Approved   Date   3/5/06

**PLEASE NOTE: SOPREMA, INC. ACCEPTS PAYMENT WITH VISA, MASTERCARD OR AMERICAN EXPRESS.  PLEASE CALL THE ACCOUNTS RECEIVABLE DEPARTMENT AT (800) 356-3521 TO MAKE YOUR PAYMENT OR FOR ADDITIONAL INFORMATION.**

| | |
|---|---|
| Net Invoice: | 12,476.50 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 738.00 |
| **Invoice Total:** | **13,214.50** |

# INVOICE



**SOPREMA**®

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066 1-800-356-3521 FAX (330) 335-9504

INVOICE NUMBER: 0079929-IN
INVOICE DATE: 11/18/2005
ORDER NUMBER: 0022245
ORDER DATE: 11/10/2005
CUSTOMER NO: FL141
SALESPERSON: C13
SALESPERSON 2: C45

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL 33442

SHIP TO:

ATLANTA POST OFFICE
C/O WEISS & WOOLRICH
1605 BOGGS AVE.
DULUTH, GA 30096

DELIVERY DATE:          PROJECT NO: FL052005          PROJECT NAME: ATLANTA POST OFFICE

| CUSTOMER P.O. 928-1507 | SHIP VIA | | F.O.B. | | TERMS NET 90 | | |
|---|---|---|---|---|---|---|---|
| ITEM NO. | | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
| 3963 SOPRALENE FL 180 FR WHITE | | ROLL | 400.00 WHSE: OH1 | 400.00 | 0.00 | 41.00 | 16,400.00 |
| 7241VA FUEL SURCHARGE | | | | | | | 176.50 |

HWS          O 928
**Company    Job#    PO#**

**Voucher#**          **Date Entered**

**Approved**          **Date**



**PLEASE NOTE: SOPREMA, INC. ACCEPTS PAYMENT WITH VISA,
MASTERCARD OR AMERICAN EXPRESS. PLEASE CALL THE ACCOUNTS
RECEIVABLE DEPARTMENT
AT (800) 356-3521 TO MAKE YOUR PAYMENT OR FOR ADDITIONAL
INFORMATION.**

| | |
|---|---|
| Net Invoice: | 16.576.50 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 984.00 |
| **Invoice Total:** | **17,560.50** |

# INVOICE



**SOPREMA** ®

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066  1-800-356-3521  FAX (330) 335-9504

INVOICE NUMBER: 0079930-IN
INVOICE DATE: 11/18/2005
ORDER NUMBER: 0022242
ORDER DATE: 11/10/2005
CUSTOMER NO: FL141
SALESPERSON: C13
SALESPERSON 2: C45

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

SHIP TO:

ATLANTA POST OFFICE
C/O WEISS & WOOLRICH
1605 BOGGS RD.
DULUTH, GA  30096

DELIVERY DATE:          PROJECT NO: FL052005          PROJECT NAME:  ATLANTA POST OFFICE

| CUSTOMER P.O. 928-1507 | SHIP VIA | | F.O.B. | | TERMS NET 90 | | |
|---|---|---|---|---|---|---|---|
| ITEM NO. | | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
| 03963 SOPRALENE FL 180 FR WHITE | | ROLL | 400.00 WHSE: OH1 | 400.00 | 0.00 | 41.00 | 16,400.00 |
| 7241VA FUEL SURCHARGE | | | | | | | 176.50 |

KWS
**Company**

O 928
**Job#**     **PO#**

39023
**Voucher#**

12/31/05
**Date Entered**

**Approved**

3/5/06
**Date**

RECEIVED NOV 25 2005

**PLEASE NOTE: SOPREMA, INC. ACCEPTS PAYMENT WITH VISA,
MASTERCARD OR AMERICAN EXPRESS.  PLEASE CALL THE ACCOUNTS
RECEIVABLE DEPARTMENT
AT  (800)  356-3521 TO MAKE YOUR PAYMENT OR FOR ADDITIONAL
INFORMATION.**

| | |
|---|---|
| Net Invoice: | 16,576.50 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 984.00 |
| **Invoice Total:** | **17,560.50** |

ORIGINAL

# INVOICE



INVOICE NUMBER: 0086442-IN
INVOICE DATE: 07/28/2006
ORDER NUMBER: 0030107
ORDER DATE: 07/24/2006
CUSTOMER NO: FL141
SALESPERSON: C13

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066 1-800-356-3521 FAX (330) 335-9504

**SOLD TO:**

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL 33442

**SHIP TO:**

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL 33442

DELIVERY DATE:     PROJECT NO: FL062006     PROJECT NAME: CLEVELAND CLINIC

| CUSTOMER P.O. 1039-2921 | SHIP VIA | F.O.B. | TERMS NET 90 | | | |
|---|---|---|---|---|---|---|
| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
| 02176 SOPRALENE FL 250 FR WHITE | ROLL | 375.00 WHSE: OH1 | 375.00 | 0.00 | 40.95 | 15,356.25 |
| /VAFS1 FUEL SURCHARGE FLORIDA | | | | | | 445.00 |

| | |
|---|---|
| Net Invoice: | 15,801.25 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 921.38 |
| **Invoice Total:** | **16,722.63** |

ACCOUNTING

# INVOICE



REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066  1-800-356-3521  FAX (330) 335-9504

INVOICE NUMBER: 0090295-IN
INVOICE DATE: 11/30/2006
ORDER NUMBER: 0034129
ORDER DATE: 11/21/2006
CUSTOMER NO: FL141
SALESPERSON: C13

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

DELIVERY DATE:       PROJECT NO: FL062006       PROJECT NAME:  NORLAND ELEM

| CUSTOMER P.O. 964-3973 | SHIP VIA | | F.O.B. | | TERMS NET 90 | | |
|---|---|---|---|---|---|---|---|
| ITEM NO. | | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
| B100 SOPRA G | | RL | 520.00 WHSE: OH9 | 520.00 | 0.00 | 20.80 | 10,816.00 |



WWS  3923  PO #  Approval
Company
96423  Job #  Code
G/L #
Voucher #  48264  12-14-06

| | |
|---|---|
| Net Invoice: | 10,816.00 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 648.96 |
| **Invoice Total:** | **11,464.96** |

ORIGINAL

# INVOICE



INVOICE NUMBER: 0090088-IN
INVOICE DATE: 11/29/2006
ORDER NUMBER: 0034146
ORDER DATE: 11/21/2006
CUSTOMER NO: FL141
SALESPERSON: C13

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066 1-800-356-3521 FAX (330) 335-9504

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL 33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL 33442

DELIVERY DATE:          PROJECT NO: FL062006      PROJECT NAME:   HIALEAH MIAMI LAKES

| CUSTOMER P.O. 957-3969 | SHIP VIA | | F.O.B. | | TERMS NET 90 | | |
|---|---|---|---|---|---|---|---|

| ITEM NO. | | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 03963 SOPRALENE FL 180 FR WHITE | | ROLL | 375.00 WHSE: OH1 | 375.00 ✓ | 0.00 | 46.55 | 17,456.25 |
| **1 PALLET OF WHITE FLEECE BACK ROLL IN TECH AREA | | | | | | | |
| VAFS1 FUEL SURCHARGE FLORIDA | | | | | | | 296.00 |

WWS 3969
Company    PO #    Approval

957
G/L #    Job #    Code

Voucher #  48137    12-12-06

| | |
|---|---|
| Net Invoice: | 17,752.25 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 1,047.38 |
| **Invoice Total:** | **18,799.63** |

# INVOICE



**SOPREMA**®

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066 1-800-356-3521 FAX (330) 335-9504

| | |
|---|---|
| INVOICE NUMBER: | 0090366-IN |
| INVOICE DATE: | 11/30/2006 |
| ORDER NUMBER: | 0033769 |
| ORDER DATE: | 11/10/2006 |
| CUSTOMER NO: | FL141 |
| SALESPERSON: | C13 |

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL 33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL 33442

| DELIVERY DATE: | PROJECT NO: fl062008 | PROJECT NAME: MDCPS |
|---|---|---|

| CUSTOMER P.O. 1049-3767 | SHIP VIA | | F.O.B. | | TERMS NET 90 | | |
|---|---|---|---|---|---|---|---|
| **ITEM NO.** | | **UNIT** | **ORDERED** | **SHIPPED** | **BACK ORD** | **PRICE** | **AMOUNT** |
| 3100 SOPRA G | | RL | 520.00 WHSE: OH9 | 520.00 | 0.00 | 20.80 | 10,816.00 |
| 7241VA FUEL SURCHARGE | | | | | | | 350.00 |



Company   WWS   PO #   3767   Approval

G/L #   Job #   1049-8   Code

Voucher #   48273   12-14-06

RECEIVED
DEC 1 1 2006

| | |
|---|---|
| Net Invoice: | 11,166.00 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 648.96 |
| **Invoice Total:** | **11,814.96** |

ORIGINAL

# INVOICE



REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066  1-800-356-3521  FAX (330) 335-9504

| | |
|---|---|
| INVOICE NUMBER: | 0090391-IN |
| INVOICE DATE: | 12/07/2006 |
| ORDER NUMBER: | 0034379 |
| ORDER DATE: | 11/30/2006 |
| CUSTOMER NO: | FL141 |
| SALESPERSON: | C13 |

**SOLD TO:**

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH,  FL  33442

**SHIP TO:**

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH,  FL  33442

DELIVERY DATE:              PROJECT NO.  FL062006              PROJECT NAME:  TWIN LAKES ELEM

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 3415 | | | NET 90 |

| NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| SOPRALENE FL 180 FR WHITE | ROLL | 375.00 WHSE: OH1 | 375.00 | 0.00 | 46.55 | 17,456.25 |
| FUEL SURCHARGE FLORIDA | | | | | | 296.00 |

WWS 3415
Company  PO #  Approval

9577
G/L #  Job #  Code

Voucher # 48390   12-18-06

| | |
|---|---|
| Net Invoice: | 17,752.25 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 1,047.38 |
| **Invoice Total:** | **18,799.63** |

# INVOICE



®

INVOICE NUMBER: 0090392-IN
INVOICE DATE: 12/07/2006
ORDER NUMBER: 0034380
ORDER DATE: 11/30/2006
CUSTOMER NO: FL141
SALESPERSON: C13

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066  1-800-356-3521  FAX (330) 335-9504

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

DELIVERY DATE:          PROJECT NO: FL062006          PROJECT NAME:  RIVIERA MIDDLE

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS | | | |
|---|---|---|---|---|---|---|
| 7-3414 | | | NET 90 | | | |

| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 63 SOPRALENE FL 180 FR WHITE FS1 | ROLL | 375.00 WHSE: OH1 | 375.00 | 0.00 | 46.55 | 17,456.25 |
| FUEL SURCHARGE FLORIDA | | | | | | 296.00 |

WWS 341N
Company    PO #    Approval

957
G/L #    Job #    Code

Voucher # 48389   12-18-06

| | |
|---|---|
| Net Invoice: | 17,752.25 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 1,047.38 |
| **Invoice Total:** | **18,799.63** |

# INVOICE



**SOPREMA** ®

REMIT TO:  PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066  1-800-356-3521  FAX (330) 335-9504

INVOICE NUMBER: 0090389-IN
INVOICE DATE: 12/07/2006
ORDER NUMBER: 0034385
ORDER DATE: 11/30/2006
CUSTOMER NO: FL141
SALESPERSON: C13

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH,  FL   33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH,  FL   33442

DELIVERY DATE:             PROJECT NO:  FL062006      PROJECT NAME:   LINDSEY HOPKINS

| CUSTOMER P.O. 1049-3418 | SHIP VIA | F.O.B. | TERMS NET 90 | | | |
|---|---|---|---|---|---|---|
| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
| 1729 ELAST. FL HP WH 3.0MM SPECIAL | ROLL | 450.00 WHSE: OHI | 450.00 | 0.00 | 38.00 | 17,100.00 |
| VAFS1 FUEL SURCHARGE FLORIDA | | | | | | 296.00 |

WWS 3418
Company    PO #    Approval

10492
G/L #    Job #    Code

Voucher # 48403    12-18-06

| | |
|---|---|
| Net Invoice: | 17,396.00 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 1,026.00 |
| **Invoice Total:** | **18,422.00** |



INVOICE NUMBER: 0093332-IN
INVOICE DATE: 04/10/2007
ORDER NUMBER: 0039172
ORDER DATE: 04/04/2007
CUSTOMER NO: FL141
SALESPERSON: C13

**SUPREMA** ®

P.O. BOX 75755, CLEVELAND, OH 44101
(330) 334-0066  1-800-356-3521  FAX (330) 335-9504

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

DELIVERY DATE:          PROJECT NO:  FL072008          PROJECT NAME:  STOCK

| CUSTOMER P.O. LARRY | SHIP VIA | | F.O.B. | | TERMS NET 90 | | |
|---|---|---|---|---|---|---|---|

| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1259 ELASTOPHENE FL WHITE | ROLL | 425.00 WHSE: OH1 | 425.00 | 0.00 | 38.00 | 16,150.00 |
| FAFS1 FUEL SURCHARGE FLORIDA | | | | | | 357.00 |

WWS
Company
S2181
Voucher#
Approved

1069
Job#
4/20/07
Date Ent
Date

4420
PO#
GL#

| | |
|---|---|
| Net Invoice: | 16,507.00 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 969.00 |
| **Invoice Total:** | **17,476.00** |

ORIGINAL

# INVOICE



INVOICE NUMBER: 0093859-IN
INVOICE DATE: 04/30/2007
ORDER NUMBER: 0041115
ORDER DATE: 04/23/2007
CUSTOMER NO: FL141
SALESPERSON: C13

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066  1-800-356-3521 FAX (330) 335-9504

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

SHIP TO:

WEISS & WOOLRICH C/O
PAUL BELL MIDDLE SCHOOL
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

DELIVERY DATE:        PROJECT NO: FL07101-        PROJECT NAME:  PAUL BELL MIDDLE SCHOOL

| CUSTOMER P.O. 1049-5014 | SHIP VIA | F.O.B. | TERMS NET 90 | | | |
|---|---|---|---|---|---|---|
| ITEM NO. | | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |

| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 00339 ELASTOPHENE FL HP BLACK GRIT | | | | | | |
| QTY 40    NO CHARGE | | | | | | |
| 00410 SOPRALENE FL 180 | ROLL | 510.00 WHSE: OH1 | 510.00 | 0.00 | 38.65 | 19,711.50 |
| VAFS1 FUEL SURCHARGE FLORIDA | | | | | | 472.00 |

| | |
|---|---|
| Net Invoice: | 20.183.50 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 1,182.69 |
| **Invoice Total:** | **21,366.19** |

ACCOUNTING

# INVOICE



**SOPREMA**®

TO: PO BOX 75755, CLEVELAND, OH 44101
ONE (330) 334-0066  1-800-356-3521  FAX (330) 335-9504

INVOICE NUMBER: 0094046-IN
INVOICE DATE: 05/03/2007
ORDER NUMBER: 0041587
ORDER DATE: 04/30/2007
CUSTOMER NO: FL141
SALESPERSON: C13

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL 33442

SHIP TO:

WEISS & WOOLRICH C/O
RUTH OWENS KRUSE TECH
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL 33442

DELIVERY DATE:          PROJECT NO: fl072008          PROJECT NAME: RUTH OWENS KRUSE TECH

| CUSTOMER P.O. 957-5032 | SHIP VIA | | F.O.B. | | TERMS NET 90 | | |
|---|---|---|---|---|---|---|---|
| ITEM NO. | | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
| 03963 SOPRALENE FL 180 FR WHITE /VAFS1 | | ROLL | 375.00 WHSE: OH1 | 375.00 | 0.00 | 46.55 | 17,456.25 |
| FUEL SURCHARGE FLORIDA | | | | | | | 472.00 |

WWS    5032    Approval
**Company**    **PO #**

957-1⁸
**G/L #**    **Job #**    **Code**

**Voucher #**    52651    5/10/07



MAY

| | |
|---|---|
| Net Invoice: | 17,928.25 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 1,047.38 |
| **Invoice Total:** | **18,975.63** |

ORIGINAL



INVOICE NUMBER: 0094516-IN
INVOICE DATE: 05/23/2007
ORDER NUMBER: 0044381
ORDER DATE: 05/17/2007
CUSTOMER NO: FL141
SALESPERSON: C13

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066  1-800-356-3521  FAX (330) 335-9504

**SOLD TO:**

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

**SHIP TO:**

WEISS & WOOLRICH C/O
BEN SHEPPARD ELEMENTARY
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

DELIVERY DATE:          PROJECT NO: FL07101-          PROJECT NAME:  BEN SHEPPARD ELEMENTARY

| CUSTOMER P.O. 1060-5078 | SHIP VIA | | F.O.B. | TERMS NET 90 | | |
|---|---|---|---|---|---|---|
| ITEM NO. | | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
| 03963 SOPRALENE FL 180 FR WHITE | | ROLL | 375.00 WHSE: OH1 | 375.00 | 0.00 | 46.55 | 17,456.25 |
| /VAFS1 FUEL SURCHARGE FLORIDA | | | | | | | 472.00 |



Company          Job#          PO#

Voucher#          Date Ent          GL#

Approved          Date

| | |
|---|---|
| Net Invoice: | 17,928.25 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 1,047.38 |
| **Invoice Total:** | **18,975.63** |

ORIGINAL

# INVOICE



**REMIT TO:** PO BOX 75755, CLEVELAND, OH 44101
**PHONE** (330) 334-0066  1-800-356-3521  **FAX** (330) 335-9504

INVOICE NUMBER: 0095648-IN
INVOICE DATE: 06/28/2007
ORDER NUMBER: 0046744
ORDER DATE: 06/21/2007
CUSTOMER NO: FL141
SALESPERSON: C13

**SOLD TO:**

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL 33442

**SHIP TO:**

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL 33442

**DELIVERY DATE:**   **PROJECT NO:** FL07 2008   **PROJECT NAME:** MDCPS

| CUSTOMER P.O. 1070-5205 | SHIP VIA | | F.O.B. | | TERMS NET 90 | | |
|---|---|---|---|---|---|---|---|
| ITEM NO. | | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
| 03963 SOPRALENE FL 180 FR WHITE | | ROLL | 375.00 WHSE: OH1 | 375.00 | 0.00 | 46.55 | 17,456.25 |
| VAFS1 FUEL SURCHARGE FLORIDA | | | | | | | 472.00 |

WW5
Company
5421x
Voucher#
Approved

1070
Job#
7/2/07
Date Ent
Date

5205
PO#
GL#

| | |
|---|---|
| Net Invoice: | 17,928.25 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 1,047.38 |
| **Invoice Total:** | **18,975.63** |

# INVOICE



**SOPREMA**®

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066  1-800-356-3521  FAX (330) 335-9504

INVOICE NUMBER: 0095519-IN
INVOICE DATE: 06/25/2007
ORDER NUMBER: 0046733
ORDER DATE: 06/21/2007
CUSTOMER NO: FL141
SALESPERSON: C13

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

DELIVERY DATE:       PROJECT NO: FL072008       PROJECT NAME: MDCPS

| CUSTOMER P.O. .086-5211 | SHIP VIA | | F.O.B. | | TERMS NET 90 | | |
|---|---|---|---|---|---|---|---|
| EM NO. | | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
| 1410 SOPRALENE FL 180 | | ROLL | 540.00 WHSE: OH1 | 540.00 | 0.00 | 38.65 | 20,871.00 |
| AFS1 FUEL SURCHARGE FLORIDA | | | | | | | 472.00 |

WWS    1086    521
Company    Job#    PO#
54423    7/5/07
Voucher#    Date Ent    GL#

Approved    Date

| | |
|---|---|
| Net Invoice: | 21,343.00 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 1,252.26 |
| **Invoice Total:** | **22,595.26** |


INVOICE


®

75755, CLEVELAND, OH 44101
0066   1-800-356-3521  FAX (330) 335-9504

| | |
|---|---|
| INVOICE NUMBER: | 0096427-IN |
| INVOICE DATE: | 07/24/2007 |
| ORDER NUMBER: | 0046901 |
| ORDER DATE: | 06/26/2007 |
| CUSTOMER NO: | FL141 |
| SALESPERSON: | C13 |

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH,  FL   33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH,  FL   33442

DELIVERY DATE:          PROJECT NO:  FL072007          PROJECT NAME:   STOCK

| CUSTOMER P.O. 1126-5165 | SHIP VIA | F.O.B. | TERMS NET 90 |
|---|---|---|---|

| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 00136 SOPRABASE TG | ROLL | 600.00 WHSE: OHI | 600.00 | 0.00 | 30.44 | 18,264.00 |
| VAFS1 FUEL SURCHARGE FLORIDA | | | | | | 427.00 |



| | |
|---|---|
| Net Invoice: | 18,691.00 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 1,095.84 |
| **Invoice Total:** | **19,786.84** |

ORIGINAL

# INVOICE



INVOICE NUMBER: 0099448-IN
INVOICE DATE: 10/30/2007
ORDER NUMBER: 0051764
ORDER DATE: 10/24/2007
CUSTOMER NO: FL141
SALESPERSON: C13

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066  1-800-356-3521  FAX (330) 335-9504

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

SHIP TO:

WEISS & WOOLRICH
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

DELIVERY DATE:          PROJECT NO: FL07101-          PROJECT NAME:  STOCK

| CUSTOMER P.O. 1060-6285 | SHIP VIA | | F.O.B. | TERMS NET 90 | | |
|---|---|---|---|---|---|---|
| ITEM NO. | | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |

| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 01729 | ROLL | 510.00 | 510.00 | 0.00 | 38.00 | 19,380.00 |
| ELASTOPHENE FL HP WHITE | | WHSE: OH1 | | | | |
| /VAFS1 | | | | | | |
| FUEL SURCHARGE FLORIDA | | | | | | 454.80 |

WWS
Company
5793
Voucher#

1049-10
Job#
11/5/07
Date Ent

6285
PO#

GL#

Approved          Date


RECEIVED
NOV 0 2 2007

| | |
|---|---|
| Net Invoice: | 19,834.80 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 1,162.80 |
| **Invoice Total:** | **20,997.60** |

# INVOICE



**SOPREMA** ®

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066  1-800-356-3521 FAX (330) 335-9504

| | |
|---|---|
| INVOICE NUMBER: | 0099447-IN |
| INVOICE DATE: | 10/30/2007 |
| ORDER NUMBER: | 0051765 |
| ORDER DATE: | 10/24/2007 |
| CUSTOMER NO: | FL141 |
| SALESPERSON: | C13 |

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL 33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL 33442

DELIVERY DATE:          PROJECT NO: FL07101-          PROJECT NAME: STOCK

| CUSTOMER P.O. 1060-6285 | SHIP VIA | F.O.B. | TERMS NET 90 |
|---|---|---|---|

| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 01729 ELASTOPHENE FL HP WHITE /VAFS1 | ROLL | 510.00 WHSE: OH1 | *510.00 | 0.00 | *38.00 | 19,380.00 |
| FUEL SURCHARGE FLORIDA | | | | | | 454.80 |



WWD
Company
57121
Voucher#
Approved

1049-10   6285
Job#      PO#
11/6/07
Date Ent   GL#

Date

| | |
|---|---|
| Net Invoice: | 19,834.80 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 1,162.80 |
| **Invoice Total:** | **20,997.60** |

RECEIVED
NOV 1997

# INVOICE



**SOPREMA**®

INVOICE NUMBER: 0099446-IN
INVOICE DATE: 10/30/2007
ORDER NUMBER: 0051767
ORDER DATE: 10/24/2007
CUSTOMER NO: FL141
SALESPERSON: C13

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066 1-800-356-3521 FAX (330) 335-9504

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL 33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL 33442

DELIVERY DATE:     PROJECT NO: FL07101-     PROJECT NAME: STOCK

| CUSTOMER P.O. 964-6288 | SHIP VIA | | F.O.B. | | TERMS NET 90 | | |
|---|---|---|---|---|---|---|---|
| ITEM NO. | | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
| 00410 SOPRALENE FL 180 | | ROLL | 540.00 WHSE: OH1 | 540.00 | 0.00 | 38.65 | 20,871.00 |
| /VAFS1 FUEL SURCHARGE FLORIDA | | | | | | | 454.80 |



| | |
|---|---|
| Net Invoice: | 21,325.80 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 1,252.26 |
| **Invoice Total:** | **22,578.06** |

# INVOICE



**SOPREMA**®

INVOICE NUMBER: 0099467-IN
INVOICE DATE: 10/30/2007
ORDER NUMBER: 0051768
ORDER DATE: 10/24/2007
CUSTOMER NO: FL141
SALESPERSON: C13

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066 1-800-356-3521 FAX (330) 335-9504

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL 33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL 33442

DELIVERY DATE:          PROJECT NO: FL07101-     PROJECT NAME: STOCK

| CUSTOMER P.O. 964-6288 | SHIP VIA | F.O.B. | TERMS NET 90 | | | |
|---|---|---|---|---|---|---|
| ITEM NO. | | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |

| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 00410 SOPRALENE FL 180 | ROLL | 540.00 WHSE: OH1 | 540.00 | 0.00 | ~38.65 | 20,871.00 |
| /VAFS1 FUEL SURCHARGE FLORIDA | | | | | | 454.80 |



WWS
Company
57985
Voucher#
Approved

464.34
.36?
11/5/07
Date Rec'

0288
/T34
03.8
Date

RECEIVED
NOV 02 2007

| | |
|---|---|
| Net Invoice: | 21,325.80 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 1,252.26 |
| **Invoice Total:** | **22,578.06** |

# INVOICE



**SOPREMA®**

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066  1-800-356-3521  FAX (330) 335-9504

| | |
|---|---|
| INVOICE NUMBER: | 0099444-IN |
| INVOICE DATE: | 10/30/2007 |
| ORDER NUMBER: | 0051775 |
| ORDER DATE: | 10/24/2007 |
| CUSTOMER NO: | FL141 |
| SALESPERSON: | C13 |

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

DELIVERY DATE:          PROJECT NO: FL07101-          PROJECT NAME:  STOCK

| CUSTOMER P.O.<br>1049-6291 | SHIP VIA | | F.O.B. | | TERMS<br>NET 90 | | |
|---|---|---|---|---|---|---|---|
| ITEM NO. | | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
| 03963<br>SOPRALENE FL 180 FR WHITE | | ROLL | 375.00<br>WHSE: OH1 | 375.00 | 0.00 | 46.55 | 17,456.25 |
| /VAFS1<br>FUEL SURCHARGE FLORIDA | | | | | | | 454.80 |

WWS
Company
57928
Voucher#
Approved

1049-4
Job#
11/5/07
Date Ent
Date

6291
PO#
GL:



NOV 0 2 2007

| | |
|---|---|
| Net Invoice: | 17,911.05 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 1,047.38 |
| **Invoice Total:** | **18,958.43** |

ORIGINAL

# INVOICE



| | |
|---|---|
| INVOICE NUMBER: | 0099445-IN |
| INVOICE DATE: | 10/30/2007 |
| ORDER NUMBER: | 0051776 |
| ORDER DATE: | 10/24/2007 |
| CUSTOMER NO: | FL141 |
| SALESPERSON: | C13 |

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066 1-800-356-3521 FAX (330) 335-9504

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL 33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL 33442

DELIVERY DATE:          PROJECT NO: FL07101-          PROJECT NAME: STOCK

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 1049-6291 | | | NET 90 |

| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 03963 | ROLL | 375.00 | 375.00 | 0.00 | -46.55 | 17,456.25 |
| SOPRALENE FL 180 FR WHITE | | WHSE: OH1 | | | | |
| VAFS1 | | | | | | 454.80 |
| FUEL SURCHARGE FLORIDA | | | | | | |



REC DEC'D NOV 2007

| | |
|---|---|
| Net Invoice: | 17,911.05 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 1,047.38 |
| **Invoice Total:** | **18,958.43** |

# INVOICE



INVOICE NUMBER: 0000161-IN
INVOICE DATE: 11/07/2007
ORDER NUMBER: 0052138
ORDER DATE: 11/01/2007
CUSTOMER NO: FL141
SALESPERSON: C13

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066  1-800-356-3521  FAX (330) 335-9504

| SOLD TO: | SHIP TO: |
|---|---|
| WEISS & WOOLRICH SOUTHERN | WEISS & WOOLRICH SOUTHERN |
| ENTERPRISES, INC. | ENTERPRISES, INC. |
| 1431 SW 30TH AVENUE | 1431 SW 30TH AVENUE |
| DEERFIELD BEACH, FL 33442 | DEERFIELD BEACH, FL 33442 |

DELIVERY DATE:          PROJECT NO: FL07101-          PROJECT NAME: STOCK

| CUSTOMER P.O. 1060-6303 | SHIP VIA | F.O.B. | TERMS NET 90 | | | |
|---|---|---|---|---|---|---|
| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
| 01729 ELASTOPHENE FL HP WHITE | ROLL | 510.00 WHSE: OH1 | 510.00 | 0.00 | 38.00 | 19,380.00 |
| /VAFS1 FUEL SURCHARGE FLORIDA | | | | | | 454.80 |





| | |
|---|---|
| Net Invoice: | 19,834.80 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 1,162.80 |
| **Invoice Total:** | **20,997.60** |

# INVOICE



INVOICE NUMBER: 0000163-IN
INVOICE DATE: 11/07/2007
ORDER NUMBER: 0052139
ORDER DATE: 11/01/2007
CUSTOMER NO: FL141
SALESPERSON: C13

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066 1-800-356-3521 FAX (330) 335-9504

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL 33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL 33442

DELIVERY DATE:          PROJECT NO: FL07101-     PROJECT NAME: STOCK

| CUSTOMER P.O.<br>1049-6296 | SHIP VIA | | F.O.B. | | TERMS<br>NET 90 | | |
|---|---|---|---|---|---|---|---|
| ITEM NO. | | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
| 00410<br>SOPRALENE FL 180 | | ROLL | 540.00<br>WHSE: OH1 | 540.00 | 0.00 | 38.65 | 20,871.00 |
| /VAFS1<br>FUEL SURCHARGE FLORIDA | | | | | | | 454.80 |



| | |
|---|---|
| Net Invoice: | 21,325.80 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 1,252.26 |
| **Invoice Total:** | **22,578.06** |

# INVOICE



REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066 1-800-356-3521 FAX (330) 335-9504

INVOICE NUMBER: 0000162-IN
INVOICE DATE: 11/07/2007
ORDER NUMBER: 0052140
ORDER DATE: 11/01/2007
CUSTOMER NO: FL141
SALESPERSON: C13

SOLD TO:

WEISS & WOOLRICH SOUTHERN

ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL 33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN

ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL 33442

DELIVERY DATE:    PROJECT NO: FL07101-    PROJECT NAME: STOCK

| CUSTOMER P.O. 1049-6297 | SHIP VIA | | F.O.B. | | TERMS NET 90 | | |
|---|---|---|---|---|---|---|---|
| ITEM NO. | | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
| 00410 SOPRALENE FL 180 | | ROLL | 540.00 WHSE: OH1 | 540.00 | 0.00 | 38.65 | 20,871.00 |
| VAFS1 FUEL SURCHARGE FLORIDA | | | | | | | 454.80 |



| | |
|---|---|
| Net Invoice: | 21,325.80 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 1,252.26 |
| **Invoice Total:** | **22,578.06** |

# INVOICE



INVOICE NUMBER: 0000164-IN
INVOICE DATE: 11/07/2007
ORDER NUMBER: 0052141
ORDER DATE: 11/01/2007
CUSTOMER NO: FL141
SALESPERSON: C13

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066 1-800-356-3521 FAX (330) 335-9504

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL 33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL 33442

DELIVERY DATE:          PROJECT NO: FL07101-          PROJECT NAME: STOCK

| CUSTOMER P.O. 1049-6298 | SHIP VIA | F.O.B. | TERMS NET 90 | | | |
|---|---|---|---|---|---|---|
| ITEM NO. | | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
| 00410 SOPRALENE FL 180 | | ROLL | 540.00 WHSE: OH1 | 540.00 | 0.00 | 38.65 | 20,871.00 |
| /VAFS1 FUEL SURCHARGE FLORIDA | | | | | | | 454.80 |



| | |
|---|---|
| Net Invoice: | 21,325.80 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 1,252.26 |
| **Invoice Total:** | **22,578.06** |

# INVOICE



**SOPREMA** ®

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066  1-800-356-3521 FAX (330) 335-9504

INVOICE NUMBER: 0000190-IN
INVOICE DATE: 11/08/2007
ORDER NUMBER: 0052142
ORDER DATE: 11/01/2007
CUSTOMER NO: FL141
SALESPERSON: C13

SOLD TO:

WEISS & WOOLRICH SOUTHERN

ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN

ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

DELIVERY DATE:          PROJECT NO: FL07101-          PROJECT NAME:  STOCK

| CUSTOMER P.O. 1049-6299 | SHIP VIA | F.O.B. | TERMS NET 90 | | |
|---|---|---|---|---|---|
| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |

| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 03963 SOPRALENE FL 180 FR WHITE | ROLL | 375.00 WHSE: OH1 | 375.00 | 0.00 | 46.55 | 17,456.25 |
| VAFS1 FUEL SURCHARGE FLORIDA | | | | | | 454.80 |

| | |
|---|---|
| Net Invoice: | 17,911.05 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 1,047.38 |
| **Invoice Total:** | **18,958.43** |

# INVOICE



REMIT TO:  PO BOX 75755, CLEVELAND, OH  44101
PHONE (330) 334-0066  1-800-356-3521  FAX (330) 335-9504

INVOICE NUMBER:  0000188-IN
INVOICE DATE:  11/08/2007
ORDER NUMBER:  0052143
ORDER DATE:  11/01/2007
CUSTOMER NO:  FL141
SALESPERSON:  C13

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH,  FL  33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH,  FL  33442

DELIVERY DATE:              PROJECT NO:  FL07101-        PROJECT NAME:  STOCK

| CUSTOMER P.O. 1049-6300 | SHIP VIA | | F.O.B. | | TERMS NET 90 | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| ITEM NO. | | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
| 03963 SOPRALENE FL 180 FR WHITE /VAFS1 | | ROLL | 375.00 WHSE: OH1 | 375.00 | 0.00 | 46.55 | 17,456.25 |
| FUEL SURCHARGE FLORIDA | | | | | | | 454.80 |





| | |
| --- | --- |
| Net Invoice: | 17,911.05 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 1,047.38 |
| **Invoice Total:** | **18,958.43** |

# INVOICE



INVOICE NUMBER: 0000189-IN
INVOICE DATE: 11/08/2007
ORDER NUMBER: 0052144
ORDER DATE: 11/01/2007
CUSTOMER NO: FL141
SALESPERSON: C13

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066  1-800-356-3521  FAX (330) 335-9504

| SOLD TO: | SHIP TO: |
|---|---|
| WEISS & WOOLRICH SOUTHERN | WEISS & WOOLRICH SOUTHERN |
| ENTERPRISES, INC. | ENTERPRISES, INC. |
| 1431 SW 30TH AVENUE | 1431 SW 30TH AVENUE |
| DEERFIELD BEACH,  FL  33442 | DEERFIELD BEACH, FL  33442 |

DELIVERY DATE:          PROJECT NO:  FL07101-          PROJECT NAME:  STOCK

| CUSTOMER P.O. 1049-6301 | SHIP VIA | F.O.B. | TERMS NET 90 | | |
|---|---|---|---|---|---|

| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 03963 SOPRALENE FL 180 FR WHITE | ROLL | 375.00 WHSE: OH1 | 375.00 | 0.00 | 46.55 | 17,456.25 |
| /VAFS1 FUEL SURCHARGE FLORIDA | | | | | | 454.80 |



| | |
|---|---|
| Net Invoice: | 17,911.05 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 1,047.38 |
| **Invoice Total:** | **18,958.43** |

# INVOICE



INVOICE NUMBER: 0000281-IN
INVOICE DATE: 11/13/2007
ORDER NUMBER: 0052277
ORDER DATE: 11/06/2007
CUSTOMER NO: FL141
SALESPERSON: C13

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066  1-800-356-3521 FAX (330) 335-9504

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

DELIVERY DATE:        PROJECT NO:        PROJECT NAME:

| ITEM NO. | SHIP VIA | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| CUSTOMER P.O. 1049-6316 | | | F.O.B. | | TERMS NET 90 | | |
| 00410 SOPRALENE FL 180 | | ROLL | 540.00 WHSE: OH1 | 540.00 | 0.00 | 38.65 | 20,871.00 |
| VAFS1 FUEL SURCHARGE FLORIDA | | | | | | | 454.80 |

WWS
Company
58340
Voucher#
Approved

1049-9    6316
Job#      PO#
11/16/07
Date Ent.    GL#
1-8-08
Date

RECEIVED
NOV 2007

| | |
|---|---|
| Net Invoice: | 21,325.80 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 1,252.26 |
| **Invoice Total:** | **22,578.06** |

# INVOICE



INVOICE NUMBER. 0000280-IN
INVOICE DATE: 11/13/2007
ORDER NUMBER: 0052278
ORDER DATE: 11/06/2007
CUSTOMER NO: FL141
SALESPERSON: C13

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066 1-800-356-3521 FAX (330) 335-9504

SOLD TO:

WEISS & WOOLRICH SOUTHERN

ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL 33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN

ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL 33442

DELIVERY DATE:            PROJECT NO:            PROJECT NAME:

| CUSTOMER P.O. 1049-6311 | SHIP VIA | | F.O.B. | | TERMS NET 90 | | |
|---|---|---|---|---|---|---|---|
| ITEM NO. | | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
| 00410 SOPRALENE FL 180 | | ROLL | 540.00 WHSE: OH1 | 540.00 | 0.00 | 38.65 | 20,871.00 |
| /VAFS1 FUEL SURCHARGE FLORIDA | | | | | | | 454.80 |

WWS Company
58341 Voucher#
Approved

1049 Job#
11/19/07 Date Ent
1-8-08 Date

6311 PO#
GL#

| | |
|---|---|
| Net Invoice: | 21,325.80 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 1,252.26 |
| **Invoice Total:** | **22,578.06** |

RECEIVED NOV 2007

# INVOICE



**SOPREMA** ®

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066  1-800-356-3521 FAX (330) 335-9504

INVOICE NUMBER: 0000282-IN
INVOICE DATE: 11/13/2007
ORDER NUMBER: 0052279
ORDER DATE: 11/06/2007
CUSTOMER NO: FL141
SALESPERSON: C13

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

DELIVERY DATE:          PROJECT NO:          PROJECT NAME:

| CUSTOMER P.O. 1049-6312 | SHIP VIA | F.O.B. | TERMS NET 90 | | | |
|---|---|---|---|---|---|---|
| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
| 00410 SOPRALENE FL 180 | ROLL | 540.00 WHSE: OH1 | 540.00 | 0.00 | 38.65 | 20,871.00 |
| /VAFS1 FUEL SURCHARGE FLORIDA | | | | | | 454.80 |



WWS
Company
58339
Voucher#
9/14/07
Approved

1C49-6
Job#
11/14/07
Date Ent.
1-8-08
Date

6312
PO#

GL#

| | |
|---|---|
| Net Invoice: | 21,325.80 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 1,252.26 |
| **Invoice Total:** | **22,578.06** |

# INVOICE



## SOPREMA®

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066  1-800-356-3521  FAX (330) 335-9504

INVOICE NUMBER: 0000279-IN
INVOICE DATE: 11/13/2007
ORDER NUMBER: 0052280
ORDER DATE: 11/06/2007
CUSTOMER NO: FL141
SALESPERSON: C13

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

DELIVERY DATE:          PROJECT NO:          PROJECT NAME:

| CUSTOMER P.O. 1049-6317 | SHIP VIA | F.O.B. | TERMS NET 90 | | |
|---|---|---|---|---|---|

| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 03963 SOPRALENE FL 180 FR WHITE /VAFSI | ROLL WHSE: OH1 | 375.00 | 375.00 | 0.00 | 46.55 | 17,456.25 |
| FUEL SURCHARGE FLORIDA | | | | | | 454.80 |

WW5
Company
58334
Voucher#
1049-14 Job#
6317 PO#
11/9/07 Date Ent
GL#
Approved
Date

WW5
Company
1049-14 Job#
6317 PO#
Date Ent
1-8-08 Date
GL#
Approved

| | |
|---|---|
| Net Invoice: | 17,911.05 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 1,047.38 |
| **Invoice Total:** | **18,958.43** |

# INVOICE



SOPREMA ®

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066  1-800-356-3521  FAX (330) 335-9504

INVOICE NUMBER: 0000278-IN
INVOICE DATE: 11/13/2007
ORDER NUMBER: 0052281
ORDER DATE: 11/06/2007
CUSTOMER NO: FL141
SALESPERSON: C13

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

DELIVERY DATE:          PROJECT NO:          PROJECT NAME:

| CUSTOMER P.O. 1049-6313 | SHIP VIA | | F.O.B. | TERMS NET 90 | | |
|---|---|---|---|---|---|---|
| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
| 03963 | ROLL | 375.00 | 375.00 | 0.00 | 46.55 | 17,456.25 |
| SOPRALENE FL 180 FR WHITE | | WHSE: OH1 | | | | 454.80 |
| /VAFS1 | | | | | | |
| FUEL SURCHARGE FLORIDA | | | | | | |

WWS
Company
58396
Voucher#
Approved

1-49-6
Job#
11/20/07
Date Ent
1-8-08
Date

6313
PO#
GL#

RECEIVED
NOV 1 4 2007

| | |
|---|---|
| Net Invoice: | 17,911.05 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 1,047.38 |
| **Invoice Total:** | **18,958.43** |

# INVOICE



**SOPREMA**®

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066  1-800-356-3521  FAX (330) 335-9504

INVOICE NUMBER: 0001740-IN
INVOICE DATE: 01/17/2008
ORDER NUMBER: 0054318
ORDER DATE: 01/11/2008
CUSTOMER NO: FL141
SALESPERSON: C13

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

| DELIVERY DATE: | | PROJECT NO: fl08-101- | | PROJECT NAME:  SUNSHINE | | | |
|---|---|---|---|---|---|---|---|
| CUSTOMER P.O.<br>6490 | SHIP VIA | | F.O.B. | | TERMS<br>NET 90 | | |
| ITEM NO. | | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
| 00433<br>SOPRAFIX X | | ROLL | 160.00<br>WHSE: OH1 | 160.00 | 0.00 | 49.95 | 7,992.00 |
| 00410<br>SOPRALENE FL 180 | | ROLL | 330.00<br>WHSE: OH1 | 330.00 | 0.00 | 38.65 | 12,754.50 |
| VAFS1<br>FUEL SURCHARGE FLORIDA | | | | | | | 454.80 |

RECEIVED
JAN 2 2 2007

| | |
|---|---|
| Net Invoice: | 21,201.30 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 1,244.79 |
| **Invoice Total:** | **22,446.09** |

ORIGINAL

# INVOICE



## SOPREMA®

| | |
|---|---|
| INVOICE NUMBER: | 0001739-IN |
| INVOICE DATE: | 01/17/2008 |
| ORDER NUMBER: | 0054319 |
| ORDER DATE: | 01/11/2008 |
| CUSTOMER NO: | FL141 |
| SALESPERSON: | C13 |

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066  1-800-356-3521 FAX (330) 335-9504

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL 33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL 33442

| DELIVERY DATE: | PROJECT NO: FL08-101 | PROJECT NAME: STOCK |
|---|---|---|

| CUSTOMER P.O.<br>6481 | SHIP VIA | F.O.B. | TERMS<br>NET 90 | | |
|---|---|---|---|---|---|
| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |

| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 01729<br>ELASTOPHENE FL HP WHITE | ROLL | 510.00<br>WHSE: OH1 | 510.00 | 0.00 | 38.00 | 19,380.00 |
| /VAFS1<br>FUEL SURCHARGE FLORIDA | | | | | | 454.80 |



WWS.
Company
59924
Voucher#
Approved

6481
PO#
1305
GL#

Job#
1/23/08
Date Ent
1-28-08
Date

RECEIVED
JAN 2 2 2007

| | |
|---|---|
| Net Invoice: | 19,834.80 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 1,162.80 |
| **Invoice Total:** | **20,997.60** |

ORIGINAL

# INVOICE



**SOPREMA®**

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066  1-800-356-3521  FAX (330) 335-9504

INVOICE NUMBER: 0001737-IN
INVOICE DATE: 01/17/2008
ORDER NUMBER: 0054320
ORDER DATE: 01/11/2008
CUSTOMER NO: FL141
SALESPERSON: C13

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

DELIVERY DATE:          PROJECT NO: FL08-101          PROJECT NAME: STOCK

| CUSTOMER P.O. 6481 | SHIP VIA | | F.O.B. | TERMS NET 90 | | |
|---|---|---|---|---|---|---|
| ITEM NO. | | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
| 01729 ELASTOPHENE FL HP WHITE | | ROLL | 510.00 WHSE: OH1 | 510.00 | 0.00 | 38.00 | 19,380.00 |
| VAFS1 FUEL SURCHARGE FLORIDA | | | | | | | 454.80 |



WWS
Company
59922
Voucher#
Approved

6481
Job#          PO#
1/23/00      1305
Date Ent      GL#
1-20-08
Date

JAN 2 2 2008

Net Invoice:          19,834.80

Less Discount:

Freight:              0.00
Sales Tax:            1,162.80
Invoice Total:        20,997.60

ORIGINAL

# INVOICE



INVOICE NUMBER: 0001738-IN
INVOICE DATE: 01/17/2008
ORDER NUMBER: 0054322
ORDER DATE: 01/11/2008
CUSTOMER NO: FL141
SALESPERSON: C13

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066  1-800-356-3521  FAX (330) 335-9504

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

DELIVERY DATE:          PROJECT NO: FL08101-          PROJECT NAME:  STOCK

| CUSTOMER P.O. 6481 | SHIP VIA | F.O.B. | | TERMS NET 90 | | |
|---|---|---|---|---|---|---|
| ITEM NO. | | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |

| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 01729 ELASTOPHENE FL HP WHITE | ROLL | 510.00 WHSE: OH1 | 510.00 | 0.00 | 38.00 | 19,380.00 |
| /VAFS1 FUEL SURCHARGE FLORIDA | | | | | | 454.80 |






JAN 22 2007

| | |
|---|---|
| Net Invoice: | 19,834.80 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 1,162.80 |
| **Invoice Total:** | **20,997.60** |

ORIGINAL

# INVOICE



**SOPREMA**®

REMIT TO:  PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066  1-800-356-3521  FAX (330) 335-9504

| | |
|---|---|
| INVOICE NUMBER: | 0001807-IN |
| INVOICE DATE: | 01/21/2008 |
| ORDER NUMBER: | 0054374 |
| ORDER DATE: | 01/14/2008 |
| CUSTOMER NO: | FL141 |
| SALESPERSON: | C13 |

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

DELIVERY DATE:        PROJECT NO:  FL08101-        PROJECT NAME:  STOCK

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 6837 | | | NET 90 |

| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 01729 ELASTOPHENE FL HP WHITE | ROLL | 510.00 WHSE: OH1 | 510.00 | 0.00 | 38.00 | 19,380.00 |
| /VAFS1 FUEL SURCHARGE FLORIDA | | | | | | 454.80 |

WWS
60275

1/28/08

6837
1303

mJH



RECEIVED
JAN 2 8 2007

| | |
|---|---|
| Net Invoice: | 19,834.80 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 1,162.80 |
| **Invoice Total:** | **20,997.60** |

ORIGINAL

# INVOICE



REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066  1-800-356-3521  FAX (330) 335-9504

| | |
|---|---|
| INVOICE NUMBER: | 0001808-IN |
| INVOICE DATE: | 01/21/2008 |
| ORDER NUMBER: | 0054375 |
| ORDER DATE: | 01/14/2008 |
| CUSTOMER NO: | FL141 |
| SALESPERSON: | C13 |

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

DELIVERY DATE:          PROJECT NO: FL08101-          PROJECT NAME:  STOCK

| CUSTOMER P.O. 6837 | SHIP VIA | F.O.B. | TERMS NET 90 |
|---|---|---|---|

| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 01729 ELASTOPHENE FL HP WHITE | ROLL | 510.00 WHSE: OH1 | 510.00 | 0.00 | 38.00 | 19,380.00 |
| /VAFS1 FUEL SURCHARGE FLORIDA | | | | | | 454.80 |



WWS
60274
Voucher#

Job#
1/28/08
Date Ent

6837
PO#
1805
GL#

Approved    Date

*mjH*

RECEIVED
JAN 2 8 2007

| | |
|---|---|
| Net Invoice: | 19,834.80 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 1,162.80 |
| **Invoice Total:** | **20,997.60** |

ORIGINAL

# INVOICE



## SOPREMA®

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066  1-800-356-3521  FAX (330) 335-9504

INVOICE NUMBER: 0001809-IN
INVOICE DATE: 01/21/2008
ORDER NUMBER: 0054376
ORDER DATE: 01/14/2008
CUSTOMER NO: FL141
SALESPERSON: C13

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL 33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL 33442

DELIVERY DATE:     PROJECT NO: FL08101-     PROJECT NAME: STOCK

| CUSTOMER P.O.<br>6837 | SHIP VIA | | F.O.B. | | TERMS<br>NET 90 | | |
|---|---|---|---|---|---|---|---|
| ITEM NO. | | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
| 01729<br>ELASTOPHENE FL HP WHITE | | ROLL | 510.00<br>WHSE: OH1 | 510.00 | 0.00 | 38.00 | 19,380.00 |
| VAFS1<br>FUEL SURCHARGE FLORIDA | | | | | | | 454.80 |

WW0
60273
✗1

1/28/08
2/1/08
Date

6837
1305

mjH



| | |
|---|---|
| Net Invoice: | 19,834.80 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 1,162.80 |
| **Invoice Total:** | **20,997.60** |

ORIGINAL

# INVOICE



INVOICE NUMBER: 0001810-IN
INVOICE DATE: 01/21/2008
ORDER NUMBER: 0054378
ORDER DATE: 01/14/2008
CUSTOMER NO: FL141
SALESPERSON: C13

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066 1-800-356-3521 FAX (330) 335-9504

**SOLD TO:**

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL 33442

**SHIP TO:**

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL 33442

DELIVERY DATE:          PROJECT NO: FL08101-          PROJECT NAME: STOCK

| CUSTOMER P.O. 6493 | SHIP VIA | F.O.B. | TERMS NET 90 | | |
|---|---|---|---|---|---|
| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |

| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 01729 ELASTOPHENE FL HP WHITE | ROLL | 510.00 WHSE: OH1 | 510.00 | 0.00 | 38.00 | 19,380.00 |
| /VAFS1 FUEL SURCHARGE FLORIDA | | | | | | 454.80 |



WWS
60277
6493
1305

RECEIVED
JAN 2 8 2007

| | |
|---|---|
| Net Invoice: | 19,834.80 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 1,162.80 |
| **Invoice Total:** | **20,997.60** |

ORIGINAL

# INVOICE



**SOPREMA** ®

REMIT TO:  PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066  1-800-356-3521 FAX (330) 335-9504

INVOICE NUMBER: 0001811-IN
INVOICE DATE: 01/21/2008
ORDER NUMBER: 0054379
ORDER DATE: 01/14/2008
CUSTOMER NO: FL141
SALESPERSON: C13

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

DELIVERY DATE:          PROJECT NO: FL08101-          PROJECT NAME:  STOCK

| CUSTOMER P.O. 6493 | SHIP VIA | | F.O.B. | | TERMS NET 90 | | |
|---|---|---|---|---|---|---|---|
| ITEM NO. | | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
| 01729 ELASTOPHENE FL HP WHITE | | ROLL | 510.00 WHSE: OH1 | 510.00 | 0.00 | 38.00 | 19,380.00 |
| /VAFS1 FUEL SURCHARGE FLORIDA | | | | | | | 454.80 |

*WW5*
*60276*

*6493*
*1/28/08*
*1305*

RECEIVED
JAN 2 8 2007


| | |
|---|---|
| Net Invoice: | 19,834.80 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 1,162.80 |
| **Invoice Total:** | **20,997.60** |

ORIGINAL

# INVOICE



**SOPREMA**®

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066  1-800-356-3521  FAX (330) 335-9504

INVOICE NUMBER: 0001895-IN
INVOICE DATE: 01/25/2008
ORDER NUMBER: 0054498
ORDER DATE: 01/17/2008
CUSTOMER NO: FL141
SALESPERSON: C13

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

DELIVERY DATE: ___  PROJECT NO: FL08101-  PROJECT NAME: STOCK

| CUSTOMER P.O. 6978 | SHIP VIA | F.O.B. | TERMS NET 90 | | | |
|---|---|---|---|---|---|---|
| ITEM NO. | | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |

| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 00410 SOPRALENE FL 180 | ROLL | 540.00 WHSE: OH1 | 540.00 | 0.00 | 38.65 | 20,871.00 |
| VAFS1 FUEL SURCHARGE FLORIDA | | | | | | 454.80 |



WW5
Company
60547
Voucher#
Approved

Job#
2/1/08
Date Ent
2/1/08
Date

6978
PO#
1305
GL#

m7H

JAN 3 1 2007

| | |
|---|---|
| Net Invoice: | 21,325.80 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 1,252.26 |
| **Invoice Total:** | **22,578.06** |

ORIGINAL

# INVOICE



INVOICE NUMBER: 0001894-IN
INVOICE DATE: 01/25/2008
ORDER NUMBER: 0054499
ORDER DATE: 01/17/2008
CUSTOMER NO: FL141
SALESPERSON: C13

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066  1-800-356-3521  FAX (330) 335-9504

SOLD TO:

WEISS & WOOLRICH SOUTHERN

ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN

ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

DELIVERY DATE:          PROJECT NO: FL08101-          PROJECT NAME:  STOCK

| CUSTOMER P.O. 6978 | SHIP VIA | F.O.B. | TERMS NET 90 | | | |
|---|---|---|---|---|---|---|
| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
| 00410 SOPRALENE FL 180 | ROLL | 540.00 WHSE: OH1 | 540.00 | 0.00 | 38.65 | 20,871.00 |
| /VAFS1 FUEL SURCHARGE FLORIDA | | | | | | 454.80 |



| | |
|---|---|
| Net Invoice: | 21,325.80 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 1,252.26 |
| **Invoice Total:** | **22,578.06** |

ORIGINAL

# INVOICE



**SOPREMA** ®

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066  1-800-356-3521  FAX (330) 335-9504

INVOICE NUMBER: 0001803-IN
INVOICE DATE: 01/25/2008
ORDER NUMBER: 0054500
ORDER DATE: 01/17/2008
CUSTOMER NO: FL141
SALESPERSON: C13

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

DELIVERY DATE:          PROJECT NO: FL08101-          PROJECT NAME:  STOCK

| CUSTOMER P.O. 6977 | SHIP VIA | | F.O.B. | | TERMS NET 90 | | |
|---|---|---|---|---|---|---|---|
| ITEM NO. | | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
| 03963 SOPRALENE FL 180 FR WHITE /VAFS1 FUEL SURCHARGE FLORIDA | | ROLL | 375.00 WHSE: OH1 | 375.00 | 0.00 | 46.55 | 17,456.25 454.80 |

WW5
Company
60542
Vend. Inv #
approved

Test
2/1/08
Date Rec
Date

6977
PO#
1305
GL#



| | |
|---|---|
| Net Invoice: | 17,911.05 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 1,047.38 |
| **Invoice Total:** | **18,958.43** |

ORIGINAL

# INVOICE



REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066 / 1-800-356-3521 FAX (330) 335-9504

INVOICE NUMBER: 0001892-IN
INVOICE DATE: 01/25/2008
ORDER NUMBER: 0054501
ORDER DATE: 01/17/2008
CUSTOMER NO: FL141
SALESPERSON: C13

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL 33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL 33442

DELIVERY DATE:          PROJECT NO: FL08101-          PROJECT NAME: STOCK

| CUSTOMER P.O. 6977 | SHIP VIA | F.O.B. | TERMS NET 90 | | | |
|---|---|---|---|---|---|---|
| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
| 03963 SOPRALENE FL 180 FR WHITE | ROLL WHSE: OH1 | 375.00 | 375.00 | 0.00 | 46.55 | 17,456.25 |
| /VAFS1 FUEL SURCHARGE FLORIDA | | | | | | 454.80 |



6977
WW3
Company
60540
Voucher#
Approved
1305
GL#
2/1/08
Date Ent
2/1/08
Date

RECEIVED
JAN 3 1 2007

| | |
|---|---|
| Net Invoice: | 17,911.05 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 1,047.38 |
| **Invoice Total:** | **18,958.43** |

ORIGINAL

# INVOICE



**SOPREMA** ®

INVOICE NUMBER: 0001950-IN
INVOICE DATE: 01/25/2008
ORDER NUMBER: 0054506
ORDER DATE: 01/17/2008
CUSTOMER NO: FL141
SALESPERSON: C13

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066 1-800-356-3521 FAX (330) 335-9504

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL 33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL 33442

DELIVERY DATE:          PROJECT NO: FL08101-          PROJECT NAME: STOCK

| CUSTOMER P.O. 6977 | SHIP VIA | F.O.B. | TERMS NET 90 | | | |
|---|---|---|---|---|---|---|

| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 03963 SOPRALENE FL 180 FR WHITE | ROLL | 375.00 WHSE: OH1 | 375.00 | 0.00 | 46.55 | 17,456.25 |
| VAFS1 FUEL SURCHARGE FLORIDA | | | | | | 454.80 |



WW9
Company
60539
Vouc. #
Approved

Input
2/1/08
Date Inp

6977
P.O.#
1305
GL#

OH1
Date

mJH

RECEIVED
JAN 3 1 2007

| Net Invoice: | 17,911.05 |
|---|---|
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 1,047.38 |
| **Invoice Total:** | **18,958.43** |

ORIGINAL

# INVOICE



INVOICE NUMBER: 0005058-IN
INVOICE DATE: 05/30/2008
ORDER NUMBER: 0058151
ORDER DATE: 05/12/2008
CUSTOMER NO: FL141
SALESPERSON: C13

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066  1-800-356-3521 FAX (330) 335-9504

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH,  FL   33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH,  FL   33442

DELIVERY DATE:       PROJECT NO:       PROJECT NAME:   STOCK

| CUSTOMER P.O. 7683 | SHIP VIA | F.O.B. | TERMS NET 90 | | |
| --- | --- | --- | --- | --- | --- |
| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |

| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- |
| C101 | PL. | 80.00 | 80.00 | 0.00 | 111.51 | 8,920.80 |
| R' NOVA 5GAL. | | WHSE: OH9 | | | | |
| /VAF01 | | | | | | 221.74 |
| FREIGHT FLORIDA | | | | | | |



WWS 7683

2501197

RECEIVED
JUN 0 6 2008

| | |
| --- | --- |
| Net Invoice: | 0,142.54 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 535.25 |
| **Invoice Total:** | **9,677.79** |

# INVOICE



**SOPREMA**®

| | |
|---|---|
| INVOICE NUMBER: | 0004744-IN |
| INVOICE DATE: | 05/21/2008 |
| ORDER NUMBER: | 0058201 |
| ORDER DATE: | 05/13/2008 |
| CUSTOMER NO: | FL141 |
| SALESPERSON: | C13 |

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066 1-800-356-3521 FAX (330) 335-9504

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL 33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL 33442

DELIVERY DATE:          PROJECT NO:          PROJECT NAME: STOCK

| CUSTOMER P.O. 7687 | SHIP VIA | | F.O.B. | | TERMS NET 90 | | |
|---|---|---|---|---|---|---|---|
| ITEM NO. | | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
| 00410 SOPRALENE FL 180 | | ROLL | 510.00 WHSE: OH1 | 510.00 | 0.00 | 38.65 | 19,711.50 |
| /VAFS1 FUEL SURCHARGE FLORIDA | | | | | | | 550.00 |

WWS 7687

4SU120

PJ 0M82



JUN 0 6 2008

| | |
|---|---|
| Net Invoice: | 20,261.50 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 1,182.69 |
| **Invoice Total:** | **21,444.19** |

# INVOICE



INVOICE NUMBER: 0005226-IN
INVOICE DATE: 05/31/2008
ORDER NUMBER: 0058202
ORDER DATE: 05/13/2008
CUSTOMER NO: FL141
SALESPERSON: C13

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066  1-800-356-3521 FAX (330) 335-9504

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL 33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL 33442

DELIVERY DATE:  PROJECT NO:  PROJECT NAME: STOCK

| ITEM NO. | SHIP VIA | F.O.B. | TERMS NET 90 | | | |
|---|---|---|---|---|---|---|
| CUSTOMER P.O. 7690 | | | | | PRICE | AMOUNT |
| | UNIT | ORDERED | SHIPPED | BACK ORD | | |
| B100 SOPRA G | RL | 560.00 WHSE: OH9 | 520.00 ✓ | 0.00 | ✓ 20.80 | 10,816.00 |
| /VAFS1 FUEL SURCHARGE FLORIDA | | | | | | 465.00 |

WW6   7690

- PROILS W/10 -



RECEIVED
JUN 09 2008

| | |
|---|---|
| Net Invoice: | 11,281.00 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 648.96 |
| **Invoice Total:** | **11,929.96** |

ORIGINAL

# INVOICE



INVOICE NUMBER: 0004745-IN
INVOICE DATE: 05/21/2008
ORDER NUMBER: 0058212
ORDER DATE: 05/13/2008
CUSTOMER NO: FL141
SALESPERSON: C13

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066  1-800-356-3521 FAX (330) 335-9504

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

DELIVERY DATE:            PROJECT NO:            PROJECT NAME:  STOCK

| CUSTOMER P.O. 7688 | SHIP VIA | | F.O.B. | | TERMS NET 90 | |
|---|---|---|---|---|---|---|
| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
| 03963 SOPRALENE FL 180 FR WHITE | ROLL | 375.00 WHSE: OH1 | 375.00 | 0.00 | 46.55 | 17,456.25 |
| /VAFS1 FUEL SURCHARGE FLORIDA | | | | | | 550.00 |

wws 7688

PT oflol  6/10/08



RECEIVED
JUN 0 6 2008

| Net Invoice: | 18,006.25 |
|---|---|
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 1,047.38 |
| **Invoice Total:** | **19,053.63** |

# INVOICE



REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066 1-800-356-3521 FAX (330) 335-9504

INVOICE NUMBER: 0004742-IN
INVOICE DATE: 05/21/2008
ORDER NUMBER: 0058213
ORDER DATE: 05/13/2008
CUSTOMER NO: FL141
SALESPERSON: C13

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL 33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL 33442

DELIVERY DATE:        PROJECT NO:        PROJECT NAME: STOCK

| CUSTOMER P.O. 7688 | SHIP VIA | | F.O.B. | | TERMS NET 90 | | |
|---|---|---|---|---|---|---|---|
| ITEM NO. | | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
| 03963 SOPRALENE FL 180 FR WHITE | | ROLL | 375.00 WHSE: OH1 | 375.00 | 0.00 | 46.55 | 17,456.25 |
| /VAFS1 FUEL SURCHARGE FLORIDA | | | | | | | 550.00 |



wws 7688

ps on90 choice

RECEIVED
JUN 0 6 2008

| | |
|---|---|
| Net Invoice: | 18,006.25 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 1,047.38 |
| **Invoice Total:** | **19,053.63** |

# INVOICE



INVOICE NUMBER: 0004903-IN
INVOICE DATE: 05/28/2008
ORDER NUMBER: 0058219
ORDER DATE: 05/13/2008
CUSTOMER NO: FL141
SALESPERSON: C13

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066 1-800-356-3521 FAX (330) 335-9504

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL 33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL 33442

DELIVERY DATE:          PROJECT NO:          PROJECT NAME: STOCK

| CUSTOMER P.O. 7689 | SHIP VIA | | F.O.B. | | TERMS NET 90 | | |
|---|---|---|---|---|---|---|---|
| ITEM NO. | | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
| 01729 ELASTOPHENE FL HP WHITE | | ROLL | 510.00 WHSE: OH1 | 510.00 | 0.00 | 38.00 | 19,380.00 |
| /VAFS1 FUEL SURCHARGE FLORIDA | | | | | | | 550.00 |



WWO 7689

PI 01196 4/10

RECEIVED
JUN 06 2008

| | |
|---|---|
| Net Invoice: | 19,930.00 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 1,162.80 |
| **Invoice Total:** | **21,092.80** |

# INVOICE



INVOICE NUMBER: 0004743-IN
INVOICE DATE: 05/21/2008
ORDER NUMBER: 0058243
ORDER DATE: 05/13/2008
CUSTOMER NO: FL141
SALESPERSON: C13

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066 1-800-356-3521 FAX (330) 335-9504

**SOLD TO:**

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL 33442

**SHIP TO:**

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL 33442

DELIVERY DATE:        PROJECT NO:        PROJECT NAME: STOCK

| CUSTOMER P.O. 7668 | SHIP VIA | F.O.B. | TERMS NET 90 | | |
|---|---|---|---|---|---|
| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |

| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 01729 ELASTOPHENE FL HP WHITE | ROLL | 510.00 WHSE: OH1 | 510.00 | 0.00 | 38.00 | 19,380.00 |
| /VAFS1 FUEL SURCHARGE FLORIDA | | | | | | 550.00 |

wws 7668

PT01195 6/10


RECEIVED
JUN 0 6 2008

| | |
|---|---|
| Net Invoice: | 19,930.00 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 1,162.80 |
| **Invoice Total:** | **21,092.80** |

# INVOICE



INVOICE NUMBER: 0004902-IN
INVOICE DATE: 05/28/2008
ORDER NUMBER: 0058467
ORDER DATE: 05/19/2008
CUSTOMER NO: FL141
SALESPERSON: C13

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066 1-800-356-3521 FAX (330) 335-9504

**SOLD TO:**

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL   33442

**SHIP TO:**

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL   33442

DELIVERY DATE:          PROJECT NO: FL08101-          PROJECT NAME:   STOCK

| CUSTOMER P.O. 7693 | SHIP VIA | F.O.B. | | TERMS NET 90 | | |
|---|---|---|---|---|---|---|
| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
| 00425 SOPRAFIX S | ROLL | 510.00 WHSE: OH1 | 510.00 | 0.00 | 38.92 | 19,849.20 |
| /VAFS1 FUEL SURCHARGE FLORIDA | | | | | | 550.00 |

*ωωѕ 7693*

*PJ CHEG  6/10/08*



JUN 0 6 2008

| | |
|---|---|
| Net Invoice: | 20,399.20 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 1,190.95 |
| **Invoice Total:** | **21,590.15** |

# INVOICE



INVOICE NUMBER: 0004904-IN
INVOICE DATE: 05/28/2008
ORDER NUMBER: 0058468
ORDER DATE: 05/19/2008
CUSTOMER NO: FL141
SALESPERSON: C13

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066  1-800-356-3521 FAX (330) 335-9504

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

DELIVERY DATE:        PROJECT NO: FL08101-        PROJECT NAME:  STOCK

| CUSTOMER P.O. 7693 | SHIP VIA | F.O.B. | TERMS NET 90 | | |
|---|---|---|---|---|---|
| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |

| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 00425 SOPRAFIX S | ROLL | 510.00 WHSE: OH1 | 510.00 | 0.00 | 38.92 | 19,849.20 |
| /VAFS1 FUEL SURCHARGE FLORIDA | | | | | | 550.00 |

wws 7693

PI 01189  6/10/08

RECEIVED
JUN 0 6 2008

| | |
|---|---|
| Net Invoice: | 20,399.2 |
| Less Discount: | 0.0 |
| Freight: | 0.0 |
| Sales Tax: | 1,190.9 |
| **Invoice Total:** | **21,590.1** |

# INVOICE



INVOICE NUMBER: 0004907-IN
INVOICE DATE: 05/28/2008
ORDER NUMBER: 0058470
ORDER DATE: 05/19/2008
CUSTOMER NO: FL141
SALESPERSON: C13

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066 1-800-356-3521 FAX (330) 335-9504

**SOLD TO:**

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL 33442

**SHIP TO:**

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL 33442

DELIVERY DATE:          PROJECT NO: FL08101-STOCK      PROJECT NAME:

| CUSTOMER P.O. 7693 | SHIP VIA | F.O.B. | TERMS NET 90 | | | |
|---|---|---|---|---|---|---|
| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
| 00425 SOPRAFIX S | ROLL | 510.00 WHSE: OH1 | 510.00 | 0.00 | 38.92 | 19,849.20 |
| /VAFS1 FUEL SURCHARGE FLORIDA | | | | | | 550.00 |



WWS 7693

PJ Oiles 6/10/08

RECEIVED
JUN 0 6 2008

| | |
|---|---|
| Net Invoice: | 20,399.20 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 1,190.95 |
| **Invoice Total:** | **21,590.15** |

# INVOICE



INVOICE NUMBER: 0004905-IN
INVOICE DATE: 05/28/2008
ORDER NUMBER: 0058471
ORDER DATE: 05/19/2008
CUSTOMER NO: FL141
SALESPERSON: C13

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066  1-800-356-3521  FAX (330) 335-9504

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH,  FL  33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH,  FL  33442

DELIVERY DATE:        PROJECT NO:  FL08101-        PROJECT NAME:  STOCK

| CUSTOMER P.O. 7693 | SHIP VIA | | F.O.B. | | TERMS NET 90 | | |
|---|---|---|---|---|---|---|---|
| ITEM NO. | | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
| 00425 SOPRAFIX S | | ROLL | 510.00 WHSE: OH1 | 510.00 | 0.00 | 38.92 | 19,849.20 |
| /VAFS1 FUEL SURCHARGE FLORIDA | | | | | | | 550.00 |



WWS 7693

PS ON87   6/10/08

RECEIVED
JUN 0 6 2008

| | |
|---|---|
| Net Invoice: | 20,399.20 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 1,190.95 |
| **Invoice Total:** | **21,590.15** |

# INVOICE



SOPREMA®

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066  1-800-356-3521 FAX (330) 335-9504

INVOICE NUMBER: 0004906-IN
INVOICE DATE: 05/28/2008
ORDER NUMBER: 0058472
ORDER DATE: 05/19/2008
CUSTOMER NO: FL141
SALESPERSON: C13

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL. 33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL 33442

DELIVERY DATE:    PROJECT NO: FL0810-1-    PROJECT NAME:  STOCK

| CUSTOMER P.O. 7693 | SHIP VIA | F.O.B. | | TERMS NET 90 | | |
|---|---|---|---|---|---|---|
| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
| 00425 SOPRAFIX S | ROLL | 510.00 | 510.00 WHSE: OH1 | 0.00 | 38.92 | 19,849.20 |
| /VAFS1 FUEL SURCHARGE FLORIDA | | | | | | 550.00 |

WWS 7693

FL 0H08  6/10/0

RECEIVED
JUN 0 6 2008

| | |
|---|---|
| Net Invoice: | 20,399.20 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 1,190.95 |
| **Invoice Total:** | **21,590.15** |

# INVOICE



INVOICE NUMBER: 0005057-IN
INVOICE DATE: 05/30/2008
ORDER NUMBER: 0058473
ORDER DATE: 05/19/2008
CUSTOMER NO: FL141
SALESPERSON: C13

REMIT TO:  PO BOX 75755, CLEVELAND, OH  44101
PHONE (330) 334-0066  1-800-356-3521  FAX (330) 335-9504

SOLD TO:

WEISS & WOOLRICH SOUTHERN

ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH,  FL   33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN

ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH,  FL   33442

DELIVERY DATE:               PROJECT NO:  FL08101-          PROJECT NAME:   STOCK

| CUSTOMER P.O. 7693 | SHIP VIA | F.O.B. | TERMS NET 90 | | |
|---|---|---|---|---|---|
| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
| 00425 SOPRAFIX S | ROLL | 510.00 WHSE: OH1 | 510.00 | 0.00 | 38.92 | 19,849.20 |
| /VAFS1 FUEL SURCHARGE FLORIDA | | | | | | 550.00 |



wws  7693

8I 01200  6/10

RECEIVED
JUN 0 6 2008

| | |
|---|---|
| Net Invoice: | 20,399.20 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 1,190.95 |
| **Invoice Total:** | **21,590.15** |

# INVOICE



INVOICE NUMBER: 0005059-IN
INVOICE DATE: 05/30/2008
ORDER NUMBER: 0058474
ORDER DATE: 05/19/2008
CUSTOMER NO: FL141
SALESPERSON: C13

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066  1-800-356-3521  FAX (330) 335-9504

**SOLD TO:**

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

**SHIP TO:**

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

DELIVERY DATE:          PROJECT NO: FL08101-          PROJECT NAME:  STOCK

| CUSTOMER P.O. 7693 | SHIP VIA | | F.O.B. | | TERMS NET 90 | | |
|---|---|---|---|---|---|---|---|
| ITEM NO. | | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
| 00425 SOPRAFIX S | | ROLL | 510.00 WHSE: OH1 | 510.00 | 0.00 | 38.92 | 19,849.20 |
| /VAFS1 FUEL SURCHARGE FLORIDA | | | | | | | 550.00 |



WWS  7693

PI 01184   6/10/08

RECEIVED
JUN 0 6 2008

| | |
|---|---|
| Net Invoice: | 20,399.20 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 1,190.95 |
| **Invoice Total:** | **21,590.15** |

# INVOICE



**SOPREMA** ®

| | |
|---|---|
| INVOICE NUMBER: | 0005060-IN |
| INVOICE DATE: | 05/30/2008 |
| ORDER NUMBER: | 0058475 |
| ORDER DATE: | 05/19/2008 |
| CUSTOMER NO: | FL141 |
| SALESPERSON: | C13 |

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066 1-800-356-3521 FAX (330) 335-9504

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL 33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL 33442

DELIVERY DATE:      PROJECT NO: FL08101-      PROJECT NAME: STOCK

| CUSTOMER P.O. 7693 | SHIP VIA | | F.O.B. | | TERMS NET 90 | | |
|---|---|---|---|---|---|---|---|
| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | | PRICE | AMOUNT |
| 00425 SOPRAFIX S /VAFS1 FUEL SURCHARGE FLORIDA | ROLL | 510.00 WHSE: OH1 | 510.00 | 0.00 | | 38.92 | 19,849.20 550.00 |

WWS 7693

PI01201 6/10



RECEIVED
JUN 06 2008

| | |
|---|---|
| Net Invoice: | 20,399.20 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 1,190.95 |
| **Invoice Total:** | **21,590.15** |

ORIGINAL

# INVOICE



**SOPREMA** ®

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066  1-800-356-3521  FAX (330) 335-9504

INVOICE NUMBER: 0007256-IN
INVOICE DATE: 07/30/2008
ORDER NUMBER: 0060643
ORDER DATE: 07/08/2008
CUSTOMER NO: FL141
SALESPERSON: C13

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

DELIVERY DATE:   PROJECT NO:   PROJECT NAME:  STOCK

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS NET 90 | | | |
|---|---|---|---|---|---|---|
| **ITEM NO.** | **UNIT** | **ORDERED** | **SHIPPED** | **BACK ORD** | **PRICE** | **AMOUNT** |
| F159<br>15 X 12 SOPRAFIX EL | BX | 96.00<br>WHSE: OH9 | 96.00 | 0.00 | 100.65 | 9,662.40 |

WWS
PF 05063

| | |
|---|---|
| Net Invoice: | 9,662.40 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 604.74 |
| **Invoice Total:** | **10,267.14** |

# INVOICE



## SOPREMA®

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066 1-800-356-3521 FAX (330) 335-9504

| | |
|---|---|
| INVOICE NUMBER: | 0007410-IN |
| INVOICE DATE: | 08/12/2008 |
| ORDER NUMBER: | 0061865 |
| ORDER DATE: | 08/04/2008 |
| CUSTOMER NO: | FL141 |
| SALESPERSON: | C13 |

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL 33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL 33442

DELIVERY DATE:          PROJECT NO: FL08101-          PROJECT NAME: STOCK

| CUSTOMER P.O. 7990 | SHIP VIA | | F.O.B. | TERMS NET 90 | | |
|---|---|---|---|---|---|---|

| ITEM NO. | | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 00410 SOPRALENE FL 180 | | ROLL | 540.00 WHSE: MS1 | 540.00 | 0.00 | 54.92 | 29,656.80 |
| 7241VA FUEL SURCHARGE | | | | | | | 526.00 |

*$49.78* (handwritten)

*WW2  7990*
Company    PO #    Approval

*G/L #    Job #    Code*

*Voucher # PTO823  9/9/08* (handwritten)

*WWS  Cr. $2,942.14*
*PCM00254* (handwritten)

*RECEIVED* (stamp)

| | |
|---|---|
| Net Invoice: | 30,182.80 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 1,779.41 |
| **Invoice Total:** | **31,962.21** |



**SOPREMA** ®

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066  1-800-356-3521 FAX (330) 335-9504

| | |
|---|---|
| INVOICE NUMBER: | 0007411-IN |
| INVOICE DATE: | 08/12/2008 |
| ORDER NUMBER: | 0061866 |
| ORDER DATE: | 08/04/2008 |
| CUSTOMER NO: | FL141 |
| SALESPERSON: | C13 |

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL   33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL   33442

DELIVERY DATE:        PROJECT NO: FL08101-        PROJECT NAME:  STOCK

| CUSTOMER P.O. 7990 | SHIP VIA | | F.O.B. | | TERMS NET 90 | |
|---|---|---|---|---|---|---|
| ITEM NO. | | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |

| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 00410  SOPRALENE FL 180 | ROLL | 540.00  WHSE: MS1 | 540.00 ✓ | 0.00 | 54.92 | 29,656.80 |
| 7241VA  FUEL SURCHARGE | | | | | | 526.00 |

$49.98

WWS 7990
Company    PO #    Approval

G/L #    Job #    Code

Voucher # PFO3022    9/4/08


RECEIVED
AUG 1 8 2008

WWS   Cr. $2,942.14
PCM00253

| | |
|---|---|
| Net Invoice: | 30,182.80 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 1,779.41 |
| **Invoice Total:** | **31,962.21** |



| | |
|---|---|
| INVOICE NUMBER: | 0007655-IN |
| INVOICE DATE: | 08/14/2008 |
| ORDER NUMBER: | 0061867 |
| ORDER DATE: | 08/04/2008 |
| CUSTOMER NO: | FL141 |
| SALESPERSON: | C13 |

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066 1-800-356-3521 FAX (330) 335-9504

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL 33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL 33442

DELIVERY DATE:        PROJECT NO: FL08101-        PROJECT NAME: STOCK

| CUSTOMER P.O. 7990 | SHIP VIA | | F.O.B. | | TERMS NET 90 | | |
|---|---|---|---|---|---|---|---|

| ITEM NO. | | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 00410 SOPRALENE FL 180 | | ROLL | 540.00 WHSE: MSI | √ 540.00 | 0.00 | 54.92 | 29,656.80 |
| 7241VA FUEL SURCHARGE | | | | | | | 526.00 |

$49.98

wws 7990

PI 08022  9/4/08

RECEIVED
AUG 2 1 2008

WWS
PCM00257  Cn-# 2,942.14

| | |
|---|---|
| Net Invoice: | 30,182.80 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 2,029.41 |
| **Invoice Total:** | **32,212.21** |

INVOICE



**SOPREMA** ®

INVOICE NUMBER: 0007652-IN
INVOICE DATE: 08/14/2008
ORDER NUMBER: 0061868
ORDER DATE: 08/04/2008
CUSTOMER NO: FL141
SALESPERSON: C13

REMIT TO: PO BOX 7S755, CLEVELAND, OH 44101
PHONE (330) 334-0066 1-800-356-3521 FAX (330) 335-9504

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL 33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL 33442

| DELIVERY DATE: | | PROJECT NO: FL08101- | | PROJECT NAME: STOCK | | | |
|---|---|---|---|---|---|---|---|
| CUSTOMER P.O. 7990 | SHIP VIA | | F.O.B. | | TERMS NET 90 | | |
| ITEM NO. | | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
| 00410 SOPRALENE FL 180 | | ROLL | 540.00 WHSE: MS1 | 540.00 | 0.00 | 54.92 | 29,656.80 |
| 7241VA FUEL SURCHARGE | | | | | | | 526.00 |

> 49.78

WWS 7990

PT 03022  9/4/08

APPROVED
AUG 2 1 2009

WWS  Cu $ 2,942.14
PCM00258

As local

| | |
|---|---|
| Net Invoice: | 30,182.80 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 2,029.41 |
| **Invoice Total:** | **32,212.21** |

INVOICE



**SOPREMA** ®

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066  1-800-356-3521 FAX (330) 335-9504

| | |
|---|---|
| INVOICE NUMBER: | 0007394-IN |
| INVOICE DATE: | 08/12/2008 |
| ORDER NUMBER: | 0061977 |
| ORDER DATE: | 08/05/2008 |
| CUSTOMER NO: | FL141 |
| SALESPERSON: | C13 |

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

DELIVERY DATE:          PROJECT NO:  FL08101-          PROJECT NAME:  STOCK

| CUSTOMER P.O. 7990 | SHIP VIA | F.O.B. | | TERMS NET 90 | | |
|---|---|---|---|---|---|---|

| ITEM NO. | | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 00410 | SOPRALENE FL 180 | ROLL | 540.00 WHSE: OH1 | 540.00 | 0.00 | 54.92 | 29,656.80 |
| 7241VA | FUEL SURCHARGE | | | | | | 550.00 |

$ 49.78

wwb  7990
Company   PO#   Approval

G/L #   Job #   Code

PT 03040   9/4/08

RECEIVED
AUG 18 2008

WWS  Cu.# 2,942.14
PCH 00251

| | |
|---|---|
| Net Invoice: | 30,206.80 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 1,779.41 |
| **Invoice Total:** | **31,986.21** |

INVOICE



REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066  1-800-356-3521 FAX (330) 335-9504

| | |
|---|---|
| INVOICE NUMBER: | 0007395-IN |
| INVOICE DATE: | 08/12/2008 |
| ORDER NUMBER: | 0061980 |
| ORDER DATE: | 08/05/2008 |
| CUSTOMER NO: | FL141 |
| SALESPERSON: | C13 |

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

DELIVERY DATE:      PROJECT NO: FL08101-      PROJECT NAME:  STOCK

| CUSTOMER P.O. 7990 | SHIP VIA | F.O.B. | TERMS NET 90 | | |
|---|---|---|---|---|---|

| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 00410 SOPRALENE FL 180 | ROLL | 540.00 WHSE: OH1 | 540.00 | 0.00 | 54.92 | 29,656.80 |
| 7241VA FUEL SURCHARGE | | | | | | 550.00 |

$ 49.98


Company    7990    Approval
            PO #

G/L #       Job #       Code

PI 00021   9/4/08

WWS. cu. $2,942.14
PCM 00262

| | |
|---|---|
| Net Invoice: | 30,206.80 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 1,779.41 |
| **Invoice Total:** | **31,986.21** |

RECEIVED
AUG 1 8 2008




SOPREMA®

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066  1-800-356-3521  FAX (330) 335-9504

INVOICE NUMBER: 0007552-IN
INVOICE DATE: 08/13/2008
ORDER NUMBER: 0061982
ORDER DATE: 08/05/2008
CUSTOMER NO: FL141
SALESPERSON: C13

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL 33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL 33442

DELIVERY DATE:        PROJECT NO:        PROJECT NAME:

| CUSTOMER P.O. 7990 | SHIP VIA | | F.O.B. | | TERMS NET 90 | | |
|---|---|---|---|---|---|---|---|
| ITEM NO. | | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
| 00410 SOPRALENE FL 180 | | ROLL | 540.00 WHSE: OH1 | 540.00 | 0.00 | 54.92 | 29,656.80 |
| /7241VA FUEL SURCHARGE | | | | | | $49.98 | 550.00 |



WWS -7990
Company     PO #     Approve

G/L #     Job #     Code

voucher # PI 03018  9/4/08

AUG 1 9 2008

WWS Cn $2,942.14
PCM 00249

| | |
|---|---|
| Net Invoice: | 30,206.80 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 1,779.41 |
| **Invoice Total:** | **31,986.21** |



INVOICE NUMBER: 0007551-IN
INVOICE DATE: 08/13/2008
ORDER NUMBER: 0061983
ORDER DATE: 08/05/2008
CUSTOMER NO: FL141
SALESPERSON: C13

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066 1-800-356-3521 FAX (330) 335-9504

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL 33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL 33442

| DELIVERY DATE: | PROJECT NO: FL08101- | PROJECT NAME: STOCK |
|---|---|---|

| CUSTOMER P.O. 7990 | SHIP VIA | F.O.B. | TERMS NET 90 |
|---|---|---|---|

| ITEM NO. | | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 00410 SOPRALENE FL 180 | | ROLL | 540.00 WHSE: OH1 | 540.00 ✓ | 0.00 | 54.92 | 29,656.80 |
| 7241VA FUEL SURCHARGE | | | | | | | 550.00 |

*$149.98*

*WWS 7990*
Company    PO #    Approval

G/L #    Job #    Code

Voucher # TT08024   9/9/08

*WWS   Cr. $2,942.14*
*PCN 00255*

RECEIVED
AUG 18 2008

| Net Invoice: | 30,206.80 |
|---|---|
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 1,779.41 |
| **Invoice Total:** | **31,986.21** |



**SOPREMA**®

INVOICE NUMBER: 0007550-IN
INVOICE DATE: 08/13/2008
ORDER NUMBER: 0061986
ORDER DATE: 08/05/2008
CUSTOMER NO: FL141
SALESPERSON: C13

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066 1-800-356-3521 FAX (330) 335-9504

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL 33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL 33442

DELIVERY DATE:          PROJECT NO: FL08101-          PROJECT NAME: STOCK

| CUSTOMER P.O. 7990 | SHIP VIA | | F.O.B. | | TERMS NET 90 | |
|---|---|---|---|---|---|---|
| ITEM NO. | | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
| 00410 SOPRALENE FL 180 | | ROLL | 540.00 | 540.00 WHSE: OH1 | 0.00 | 54.92 | 29,656.80 |
| 7241VA FUEL SURCHARGE | | | | | | 4978 | 550.00 |

Company    790    Approval

G/L #    Job #    Code

FT03019    9/4/08

WWS    a.$2,942.14
PCM00250

AUG 1 2 2008

| | |
|---|---|
| Net Invoice: | 30,206.80 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 1,779.41 |
| **Invoice Total:** | **31,986.21** |

# INVOICE



**SOPREMA**®

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066  1-800-356-3521  FAX (330) 335-9504

INVOICE NUMBER: 0008136-IN
INVOICE DATE: 08/28/2008
ORDER NUMBER: 0062087
ORDER DATE: 08/07/2008
CUSTOMER NO: FL141
SALESPERSON: C13

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

| DELIVERY DATE: | PROJECT NO: FL08101- | PROJECT NAME: STOCK |
|---|---|---|

| CUSTOMER P.O. 7208 | SHIP VIA | F.O.B. | TERMS NET 90 |
|---|---|---|---|

| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| F159 15 X 12 SOPRAFIX EL | BX | 72.00 WHSE: OH9 | 72.00 | 0.00 | 100.65 | 7,246.80 |

ww5  7208  9/1/08

PIO3085  9/8



RECEIVED
SEP 0 8 2008

| | |
|---|---|
| Net Invoice: | 7,246.80 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 434.81 |
| **Invoice Total:** | **7,681.61** |

ORIGINAL

# INVOICE



**SOPREMA** ®

| | |
|---|---|
| INVOICE NUMBER: | 0010653-IN |
| INVOICE DATE: | 11/24/2008 |
| ORDER NUMBER: | 0066063 |
| ORDER DATE: | 10/30/2008 |
| CUSTOMER NO: | FLJ41 |
| SALESPERSON: | C13 |

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066 1-800-356-3521 FAX (330) 335-9504

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL 33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL 33442

DELIVERY DATE:      PROJECT NO: FL08101-      PROJECT NAME: STOCK

| CUSTOMER P.O. 7419 | SHIP VIA | F.O.B. | TERMS NET 90 |
|---|---|---|---|

| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| B100 SOPRA G | RL | 520.00 WHSE: OH9 | 520.00 | 0.00 | 30.00 | 15,600.00 |
| VAFS1 FUEL SURCHARGE FLORIDA | | | | | | 429.00 |

WEIS   7419   12008
**Company**   **PO #**   **Approval**

**G/L #**   **Job #**   **Code**

**Voucher #** RIC04893 12/2

APPROVED
DEC 0 1 2008

| | |
|---|---|
| Net Invoice: | 16,029.00 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 936.00 |
| **Invoice Total:** | **16,965.00** |

# INVOICE



**SOPREMA** ®

REMIT TO:  PO BOX 75755, CLEVELAND, OH  44101
PHONE (330) 334-0066  1-800-356-3521  FAX (330) 335-9504

INVOICE NUMBER: 0010654-IN
INVOICE DATE: 11/24/2008
ORDER NUMBER: 0066186
ORDER DATE: 11/03/2008
CUSTOMER NO: FL141
SALESPERSON: C13

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

DELIVERY DATE:          PROJECT NO:  FL081010-     PROJECT NAME:  STOCK

| CUSTOMER P.O. | SHIP VIA | F.O.B. | | TERMS NET 90 | | |
|---|---|---|---|---|---|---|
| ITEM NO | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
| B100 | RL | 520.00 | 520.00 | | 30.00 | 15,600.00 |
| SOPRA G | | WHSE: OH9 | | 0.00 | | |
| /VAFS1 | | | | | | |
| FUEL SURCHARGE FLORIDA | | | | | | 429.00 |



| | | |
|---|---|---|
| Company | PO # | Approval |
| G/L # | Job # | Code |

Voucher #   810909

| | |
|---|---|
| Net Invoice: | 16,029.00 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 936.00 |
| **Invoice Total:** | **16,965.00** |

# INVOICE



## SOPREMA®

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066  1-800-356-3521  FAX (330) 335-9504

INVOICE NUMBER: 0010652-IN
INVOICE DATE: 11/24/2008
ORDER NUMBER: 0066210
ORDER DATE: 11/04/2008
CUSTOMER NO: FL141
SALESPERSON: C13

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

DELIVERY DATE:        PROJECT NO: FL08101-        PROJECT NAME:  STOCK

| CUSTOMER P.O. 7450 | SHIP VIA | F.O.B. | | TERMS NET 90 | | | |
|---|---|---|---|---|---|---|---|
| ITEM NO. | | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
| B100 SOPRA G | | RL | 520.00 WHSE: OH9 | 520.00 | 0.00 | 30.00 | 15,600.00 |
| /VAFS1 FUEL SURCHARGE FLORIDA | | | | | | | 429.00 |



WWS 7450 ____ 11/2008
Company   PO #   Approval

____   ____   ____
G/L #   Job #   Code

Voucher # PIO4842  12/2

DEC 0 1 2008
RECEIVED

| | |
|---|---|
| Net Invoice: | 16,029.00 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 936.00 |
| **Invoice Total:** | **16,965.00** |

# INVOICE



**SOPREMA** ®

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066  1-800-356-3521  FAX (330) 335-9504

| | |
|---|---|
| INVOICE NUMBER: | 0010311-IN |
| INVOICE DATE: | 11/11/2008 |
| ORDER NUMBER: | 0066218 |
| ORDER DATE: | 11/04/2008 |
| CUSTOMER NO: | FL141 |
| SALESPERSON: | C13 |

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

DELIVERY DATE:           PROJECT NO:  FL08101-      PROJECT NAME:  STOCK

| CUSTOMER P.O. 7417 | SHIP VIA | | F.O.B. | | TERMS NET 90 | | |
|---|---|---|---|---|---|---|---|
| ITEM NO. | | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
| 00410 SOPRALENE FL 180 /VAFS1 | | ROLL | 540.00 WHSE: MS1 | 540.00 | 0.00 | 54.50 | 29,430.00 |
| FUEL SURCHARGE FLORIDA | | | | | | | 527.00 |



Company      PO #      Approval

G/L #      Job #      Code

Voucher # _____

NOV 1 5 2008

| | |
|---|---|
| Net Invoice: | 29,957.00 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 1,765.80 |
| **Invoice Total:** | **31,722.80** |

# INVOICE



**SOPREMA**®

REMIT TO:  PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066  1-800-356-3521  FAX (330) 335-9504

INVOICE NUMBER: 0010312-IN
INVOICE DATE: 11/11/2008
ORDER NUMBER: 0066221
ORDER DATE: 11/04/2008
CUSTOMER NO: FL141
SALESPERSON: C13

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH,  FL   33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH,  FL   33442

DELIVERY DATE:              PROJECT NO: FL08101-        PROJECT NAME:   STOCK

| CUSTOMER P.O. 7417 | SHIP VIA | | F.O.B. | | TERMS NET/90 | | |
| --- | --- | --- | --- | --- | --- | --- | --- |

| ITEM NO. | | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 00410 SOPRALENE FL 180 /VAFS1 | | ROLL | 540.00 WHSE: MS1 | 540.00 | 0.00 | 54.50 | 29,430.00 |
| FUEL SURCHARGE FLORIDA | | | | | | | 527.00 |



Company    PO #    Approval

G/L #    Job #    Code

Voucher #    8704478   11/7

DEFERRED
NOV 1 5 2008

| | |
| --- | --- |
| Net Invoice: | 29,957.00 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 1,765.80 |
| **Invoice Total:** | **31,722.80** |



**SOPREMA** ®

| | |
|---|---|
| INVOICE NUMBER: | 0010313-IN |
| INVOICE DATE: | 11/11/2008 |
| ORDER NUMBER: | 0066222 |
| ORDER DATE: | 11/04/2008 |
| CUSTOMER NO: | FL141 |
| SALESPERSON: | C13 |

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066 1-800-356-3521 FAX (330) 335-9504

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL 33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL 33442

DELIVERY DATE:      PROJECT NO: FL08101-      PROJECT NAME: STOCK

| CUSTOMER P.O. 7417 | SHIP VIA | | F.O.B. | | TERMS NET 00 | |
|---|---|---|---|---|---|---|

| ITEM NO. | | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 00410 SOPRALENE FL 180 | | ROLL | 540.00 WHSE: MSI | 540.00 | 0.00 | 54.50 | 29,430.00 |
| VAFS1 FUEL SURCHARGE FLORIDA | | | | | | | 527.00 |



| Company | PO # | Approval |
|---|---|---|
| WW6 | 7417 | |

| G/L # | Job # | Code |
|---|---|---|

Voucher # PIC4477

RECEIVED
NUV 2008

| | |
|---|---|
| Net Invoice: | 29,957.00 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 1,765.80 |
| **Invoice Total:** | **31,722.80** |

# INVOICE



**SOPREMA** ®

INVOICE NUMBER: 0010352-IN
INVOICE DATE: 11/12/2008
ORDER NUMBER: 0066361
ORDER DATE: 11/07/2008
CUSTOMER NO: FL141
SALESPERSON: C13

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066  1-800-356-3521  FAX (330) 335-9504

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH,  FL   33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL   33442

DELIVERY DATE:          PROJECT NO: FL08101-          PROJECT NAME:  STOCK

| CUSTOMER P.O. 7429 | SHIP VIA | | F.O.B. | | TERMS NET 90 | | |
|---|---|---|---|---|---|---|---|
| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | | PRICE | AMOUNT |
| 06010 SOPRALENE FL STICK | ROLL | 125.00 WHSE: OH1 | 125.00 | 0.00 | | 84.30 | 10,537.50 |
| 03963 SOPRALENE FL 180 FR WHITE | ROLL | 180.00 WHSE: OH1 | 180.00 | 0.00 | | 45.80 | 8,244.00 |
| 05181 SOPRALAST 50 TV ALU | ROLL | 60.00 WHSE: OH1 | 60.00 | 0.00 | | 90.28 | 5,416.80 |
| 'VAFS1 FUEL SURCHARGE FLORIDA | | | | | | | 532.00 |

_pricing_

Company        PO #          Approval

G/L #          Job #          Code

Voucher #

RECEIVED
NOV 2 0 2006

| | |
|---|---|
| Net Invoice: | 24,730.30 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 1,451.90 |
| **Invoice Total:** | **26,182.20** |

ORIGINAL

# INVOICE



REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066 1-800-356-3521 FAX (330) 335-9504

INVOICE NUMBER: 0010672-IN
INVOICE DATE: 11/24/2008
ORDER NUMBER: 0066846
ORDER DATE: 11/14/2008
CUSTOMER NO: FL141
SALESPERSON: C13

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL 33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL 33442

DELIVERY DATE: 1060    PROJECT NO: FL08101-    PROJECT NAME: STOCK

| CUSTOMER P.O. 7474 | SHIP VIA | F.O.B. | TERMS NET 90 | | | |
|---|---|---|---|---|---|---|
| ITEM NO. | | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
| 00136 SOPRABASE TG /VAFS1 | | ROLL | 550.00 WHSE: OH1 | 550.00 | 0.00 | 53.00 | 29,150.00 |
| FUEL SURCHARGE FLORIDA | | | | | | | 527.00 |



WWS    1060-7474    7/2008
Company    PO #    Approval

G/L #    Job #    Code

Voucher #   9104869   12/2

RECEIVED
DEC 0 1 2008

| | |
|---|---|
| Net Invoice: | 29,677.00 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 1,749.00 |
| **Invoice Total:** | **31,426.00** |

# INVOICE



**SOPREMA** ®

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066  1-800-356-3521  FAX (330) 335-9504

| | |
|---|---|
| INVOICE NUMBER: | 0010673-IN |
| INVOICE DATE: | 11/24/2008 |
| ORDER NUMBER: | 0066937 |
| ORDER DATE: | 11/19/2008 |
| CUSTOMER NO: | FL141 |
| SALESPERSON: | C13 |

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH,  FL  33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH,  FL  33442

DELIVERY DATE:          PROJECT NO:  FL08101-STOCK    PROJECT NAME:

| CUSTOMER P.O. 7479 | SHIP VIA | F.O.B. | TERMS NET 90 | | | | |
|---|---|---|---|---|---|---|---|
| ITEM NO. | | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
| 00410 SOPRALENE FL 180 | | ROLL | 540.00 WHSE: OH1 | 540.00 | 0.00 | 49.78 | 26,881.20 |
| /VAFS1 FUEL SURCHARGE FLORIDA | | | | | | | 527.00 |

WEIS    7479    Approval
Company    PO #

G/L #    Job #    Code

Voucher #  9104841  12/2

RECEIVED
DEC 01 2008

| | |
|---|---|
| Net Invoice: | 27,408.20 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 1,612.87 |
| **Invoice Total:** | **29,021.07** |

# INVOICE



REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066  1-800-356-3521  FAX (330) 335-9504

INVOICE NUMBER: 0013146-IN
INVOICE DATE: 03/18/2009
ORDER NUMBER: 0069882
ORDER DATE: 03/05/2009
CUSTOMER NO: FL141
SALESPERSON: C13

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

DELIVERY DATE:          PROJECT NO: FL09101-      PROJECT NAME:  STOCK

| CUSTOMER P.O. 8618 | SHIP VIA | F.O.B. | TERMS NET 90 | | |
|---|---|---|---|---|---|
| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |

| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 04955 SOPRALENE FL 180 FR WHITE 3.5 /VAFS1 | ROLL | 375.00 WHSE: MS1 | 375.00 | 0.00 | 58.00 | 21,750.00 |
| FUEL SURCHARGE FLORIDA | | | | | | 61.00 |

WW5   8618

PIO7201  3/2.7

RECEIVED
MAR 2 6 2009

| | |
|---|---|
| Net Invoice: | 21,811.00 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 1,305.00 |
| Invoice Total: | 23,116.00 |

ORIGINAL

# INVOICE



REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066  1-800-356-3521  FAX (330) 335-9504

| | |
|---|---|
| INVOICE NUMBER: | 0013148-IN |
| INVOICE DATE: | 03/18/2009 |
| ORDER NUMBER: | 0069986 |
| ORDER DATE: | 03/10/2009 |
| CUSTOMER NO: | FL141 |
| SALESPERSON: | C13 |

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

DELIVERY DATE:          PROJECT NO: FL09101·          PROJECT NAME:  STOCK

| CUSTOMER P.O. 8618 | SHIP VIA | F.O.B. | TERMS NET 90 |
|---|---|---|---|

| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 04955 SOPRALENE FL 180 FR WHITE 3.5 /VAFS1 | ROLL | 375.00 WHSE: MS1 | 375.00 | 0.00 | 58.00 | 21,750.00 |
| FUEL SURCHARGE FLORIDA | | | | | | 61.00 |



WWS  8618

PIO7200  2/21

RECEIVED
MAR 2 4 2009

| | |
|---|---|
| Net Invoice: | 21,811.00 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 1,305.00 |
| **Invoice Total:** | **23,116.00** |

ORIGINAL

# INVOICE



## SOPREMA ®

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066  1-800-356-3521  FAX (330) 335-9504

INVOICE NUMBER: 0013147-IN
INVOICE DATE: 03/18/2009
ORDER NUMBER: 0069987
ORDER DATE: 03/10/2009
CUSTOMER NO: FL141
SALESPERSON: C13

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

DELIVERY DATE:          PROJECT NO: FL00101-          PROJECT NAME:  STOCK

| CUSTOMER P.O. 8618 | SHIP VIA | | F.O.B. | | TERMS NET 90 | | |
|---|---|---|---|---|---|---|---|
| ITEM NO. | | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
| 04955 SOPRALENE FL 180 FR WHITE 3.5 /VAFS1 | | ROLL | 375.00 WHSE: MS1 | 375.00 | 0.00 | 58.00 | 21,750.00 |
| FUEL SURCHARGE FLORIDA | | | | | | | 61.00 |

WWO    8618    *22709*

PIO7202  3/27

RECEIVED
MAR 2 6 2009

| | |
|---|---|
| Net Invoice: | 21,811.00 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 1,305.00 |
| **Invoice Total:** | **23,116.00** |

ORIGINAL

# INVOICE



**SOPREMA®**

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066 1-800-356-3521 FAX (330) 335-9504

INVOICE NUMBER: 0013457-IN
INVOICE DATE: 03/31/2009
ORDER NUMBER: 0070096
ORDER DATE: 03/12/2009
CUSTOMER NO: FL141
SALESPERSON: C13

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL 33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL 33442

DELIVERY DATE:     PROJECT NO: fl09101-     PROJECT NAME: STOCK

| CUSTOMER P.O. 8533 | SHIP VIA | | F.O.B. | | TERMS NET 90 | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| ITEM NO. | | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
| 11038X BATTEN BAR-18 5 FT BAR | | EACH | 40,000.00 WHSE: OH9 | 40,000.00 | 0.00 | 0.23 | 9,200.00 |





| | | |
| --- | --- | --- |
| Net Invoice: | | 9,200.00 |
| Less Discount: | | 0.00 |
| Freight: | | 0.00 |
| Sales Tax: | | 552.00 |
| **Invoice Total:** | | **9,752.00** |

ORIGINAL



**SOPREMA**®

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066 1-800-356-3521 FAX (330) 335-9504

| | |
|---|---|
| INVOICE NUMBER: | 0013281-IN |
| INVOICE DATE: | 03/24/2009 |
| ORDER NUMBER: | 0070099 |
| ORDER DATE: | 03/12/2009 |
| CUSTOMER NO: | FL141 |
| SALESPERSON: | C13 |

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL 33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL 33442

DELIVERY DATE:     PROJECT NO: FL09101-     PROJECT NAME: STOCK

| CUSTOMER P.O. 7498 | SHIP VIA | F.O.B. | TERMS NET 90 | |
|---|---|---|---|---|

| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 04955 SOPRALENE FL 180 FR WHITE 3.5 | ROLL | 375.00 WHSE: MS1 | 375.00 | 0.00 | 58.00 | 21,750.00 |
| 7241VA FUEL SURCHARGE FLORIDA | | | | | | 61.00 |

wwb 7498   *[handwritten signature]* 4204

PIO7237 3/30



Mar 27 2009

| | |
|---|---|
| Net Invoice: | 21,811.00 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 1,305.00 |
| **Invoice Total:** | **23,116.00** |

# INVOICE



REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066 1-800-356-3521 FAX (330) 335-9504

INVOICE NUMBER: 0013337-IN
INVOICE DATE: 03/25/2009
ORDER NUMBER: 0070332 ✓
ORDER DATE: 03/18/2009
CUSTOMER NO: FL141
SALESPERSON: C13

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL 33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL 33442

DELIVERY DATE:   PROJECT NO: FL09101-   PROJECT NAME: STOCK

| CUSTOMER P.O. 7498 | SHIP VIA | F.O.B. | TERMS NET 90 | | |
|---|---|---|---|---|---|

| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 00473 SOPRALENE FLAM 180 2.6 VAFS1 | ROLL | 540.00 WHSE: MS1 | 540.00 | 0.00 | 49.78 | 26,881.20 |
| FUEL SURCHARGE FLORIDA | | | | | | 61.00 |



WWS 7498

ACT341 4/2

APR 0 2 2009

| | |
|---|---|
| Net Invoice: | 26,942.20 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 1,612.87 |
| Invoice Total: | 28,555.07 |

ORIGINAL

# INVOICE


**SOPREMA**®

INVOICE NUMBER: 0013336-IN
INVOICE DATE: 03/25/2009
ORDER NUMBER: 0070333
ORDER DATE: 03/18/2009
CUSTOMER NO: FL141
SALESPERSON: C13

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066  1-800-356-3521  FAX (330) 335-9504

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL 33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL 33442

DELIVERY DATE:          PROJECT NO: FL09101-          PROJECT NAME: STOCK

| CUSTOMER P.O. 7498 | SHIP VIA | | F.O.B. | | TERMS NET 90 | | |
|---|---|---|---|---|---|---|---|
| ITEM NO. | | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
| 00473 SOPRALENE FLAM 180 2.6 /VAFS1 | | ROLL | 540.00 WHSE: MS1 | 540.00 | 0.00 | 49.78 | 26,881.20 |
| FUEL SURCHARGE FLORIDA | | | | | | | 61.00 |

WWC 7498

EC07346

APR 0 2 2009

| | |
|---|---|
| Net Invoice: | 26,942.20 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 1,612.87 |
| **Invoice Total:** | **28,555.07** |

ORIGINAL

# INVOICE



**SOPREMA**®

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066  1-800-356-3521  FAX (330) 335-9504

INVOICE NUMBER: 0013282-IN
INVOICE DATE: 03/24/2009
ORDER NUMBER: 0070334
ORDER DATE: 03/18/2009
CUSTOMER NO: FL141
SALESPERSON: C13

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

DELIVERY DATE:        PROJECT NO: FL09101-    PROJECT NAME:  STOCK

| CUSTOMER P.O.<br>7498 | SHIP VIA | | F.O.B. | | TERMS<br>NET 90 | | |
|---|---|---|---|---|---|---|---|
| ITEM NO. | | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
| 04955<br>SOPRALENE FL 180 FR WHITE 3.5<br>/VAFS1 | | ROLL | 375.00<br>WHSE: MS1 | 375.00 | 0.00 | 58.00 | 21,750.00 |
| FUEL SURCHARGE FLORIDA | | | | | | | 61.00 |

wws  7498  by 4209

PIO 7236 3/30

MAR 2 7 2009

| | |
|---|---|
| Net Invoice: | 21,811.00 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 1,305.00 |
| **Invoice Total:** | **23,116.00** |

ORIGINAL

# INVOICE



INVOICE NUMBER: 0014111-IN
INVOICE DATE: 04/29/2009
ORDER NUMBER: 0071006
ORDER DATE: 04/13/2009
CUSTOMER NO: FL141
SALESPERSON: C13

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066 1-800-356-3521 FAX (330) 335-9504

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL 33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL 33442

DELIVERY DATE:          PROJECT NO: FL09101-          PROJECT NAME: STOCK

| CUSTOMER P.O. 8897 | SHIP VIA | | F.O.B. | | TERMS NET 90 | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| ITEM NO. | | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
| 01729 ELASTOPHENE FL HP WHITE /VAFS1 | | ROLL | 510.00 WHSE: OH1 | 510.00 | 0.00 | 54.00 | 27,540.00 |
| FUEL SURCHARGE FLORIDA | | | | | | | 107.00 |



WWS 8897

9808014 #

DEFERRED
MAY 04 2009

| | |
| --- | --- |
| Net Invoice: | 27,647.00 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 1,652.40 |
| **Invoice Total:** | **29,299.40** |

ORIGINAL

# INVOICE



SOPREMA®

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066  1-800-356-3521  FAX (330) 335-9504

INVOICE NUMBER: 0014176-IN
INVOICE DATE: 04/30/2009
ORDER NUMBER: 0071165
ORDER DATE: 04/16/2009
CUSTOMER NO: FL141
SALESPERSON: C13

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH,  FL   33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH,  FL   33442

DELIVERY DATE:          PROJECT NO:  FL09101-       PROJECT NAME:   STOCK

| CUSTOMER P.O. 8907 | SHIP VIA | | F.O.B. | | TERMS NET 90 | | |
|---|---|---|---|---|---|---|---|
| ITEM NO. | | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
| 04955 SOPRALENE FL 180 FR WHITE 3.5 /VAFS1 | | ROLL | 375.00 WHSE: OH1 | 375.00 | 0.00 | 58.00 | 21,750.00 |
| FUEL SURCHARGE FLORIDA | | | | | | | 107.00 |



8907        5507

PIO8054  5/4

RECEIVED
MAY 0 4 2009

| | |
|---|---|
| Net Invoice: | 21,857.00 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 1,305.00 |
| **Invoice Total:** | **23,162.00** |

ORIGINAL

# INVOICE



**SOPREMA** ®

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066  1-800-356-3521  FAX (330) 335-9504

INVOICE NUMBER: 0014171-IN
INVOICE DATE: 04/30/2009
ORDER NUMBER: 0071164
ORDER DATE: 04/16/2009
CUSTOMER NO: FL141
SALESPERSON: C13

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

DELIVERY DATE:          PROJECT NO: FL091-1,     PROJECT NAME:  STOCK

| CUSTOMER P.O. 8907 | SHIP VIA | F.O.B. | TERMS NET 90 | | |
|---|---|---|---|---|---|
| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |

| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 04955 SOPRALENE FL 180 FR WHITE 3.5 /VAFS1 | ROLL | 375.00 WHSE: OH1 | 375.00 | 0.00 | 58.00 | 21,750.00 |
| FUEL SURCHARGE FLORIDA | | | | | | 107.00 |

RECEIVED
MAY 0 4 2009

| | |
|---|---|
| Net Invoice: | 21,857.00 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 1,305.00 |
| **Invoice Total:** | **23,162.00** |

ORIGINAL

# INVOICE



INVOICE NUMBER: 0014175-IN
INVOICE DATE: 04/30/2009
ORDER NUMBER: 0071166
ORDER DATE: 04/16/2009
CUSTOMER NO: FL141
SALESPERSON: C13

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066  1-800-356-3521  FAX (330) 335-9504

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH,  FL  33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

DELIVERY DATE:          PROJECT NO: FL09101-          PROJECT NAME:  STOCK

| CUSTOMER P.O. 8907 | SHIP VIA | | F.O.B. | | TERMS NET 90 | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| ITEM NO. | | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
| 04955 SOPRALENE FL 180 FR WHITE 3.5 /VAFS1 | | ROLL | 375.00 WHSE: OH1 | 375.00 | 0.00 | 58.00 | 21,750.00 |
| FUEL SURCHARGE FLORIDA | | | | | | | 107.00 |



WWS  8907  ✗ 4 5 3 09

✗ 2 0 8 0 2 0  3/4

RECEIVED
MAY 1 2009

| | |
| --- | --- |
| Net Invoice: | 21,857.00 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 1,305.00 |
| **Invoice Total:** | **23,162.00** |

ORIGINAL

# INVOICE



REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066  1-800-356-3521  FAX (330) 335-9504

INVOICE NUMBER: 0014112-IN
INVOICE DATE: 04/29/2009
ORDER NUMBER: 0071173
ORDER DATE: 04/16/2009
CUSTOMER NO: FL141
SALESPERSON: C13

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

DELIVERY DATE:       PROJECT NO: FL09101-     PROJECT NAME:  STOCK

| CUSTOMER P.O. 8909 | SHIP VIA | | F.O.B. | | TERMS NET 90 | | |
|---|---|---|---|---|---|---|---|

| ITEM NO. | | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 01729 ELASTOPHENE FL HP WHITE /VAFS1 | | ROLL | 510.00 WHSE: OH1 | 510.00 | 0.00 | 54.00 | 27,540.00 |
| FUEL SURCHARGE FLORIDA | | | | | | | 107.00 |

OK

RECEIVED
MAY 0 4 2009

| | |
|---|---|
| Net Invoice: | 27,647.00 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 1,652.40 |
| **Invoice Total:** | **29,299.40** |

ORIGINAL

# INVOICE



INVOICE NUMBER: 0014062-IN
INVOICE DATE: 04/28/2009
ORDER NUMBER: 0071314
ORDER DATE: 04/20/2009
CUSTOMER NO: FL141
SALESPERSON: C13

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066  1-800-356-3521  FAX (330) 335-9504

**SOLD TO:**

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

**SHIP TO:**

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

DELIVERY DATE:          PROJECT NO: FL091-1-          PROJECT NAME:  STOCK

| CUSTOMER P.O. 8917 | SHIP VIA | F.O.B. | | TERMS NET 90 | | |
|---|---|---|---|---|---|---|
| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
| 00473 SOPRALENE FLAM 180 2.6 | ROLL | 540.00 WHSE: MS1 | 540.00 | 0.00 | 49.78 | 26,881.20 |
| /VAFS1 FUEL SURCHARGE FLORIDA | | | | | | 45.00 |



WO# 8917

PO80575/1

RECEIVED
MAY 14 2009

| | |
|---|---|
| Net Invoice: | 26,926.20 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 1,612.87 |
| **Invoice Total:** | **28,539.07** |

ORIGINAL

# INVOICE



| | |
|---|---|
| INVOICE NUMBER: | 0014111-IN |
| INVOICE DATE: | 04/29/2009 |
| ORDER NUMBER: | 0071006 |
| ORDER DATE: | 04/13/2009 |
| CUSTOMER NO: | FL141 |
| SALESPERSON: | C13 |

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066  1-800-356-3521  FAX (330) 335-9504

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

DELIVERY DATE:          PROJECT NO:  FL09101-          PROJECT NAME:  STOCK

| CUSTOMER P.O. 8897 | SHIP VIA | | F.O.B. | | TERMS NET 90 | | |
|---|---|---|---|---|---|---|---|
| ITEM NO. | | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
| 01729 ELASTOPHENE FL HP WHITE /VAFS1 | | ROLL | 510.00 WHSE: OH1 | 510.00 | 0.00 | 54.00 | 27,540.00 |
| FUEL SURCHARGE FLORIDA | | | | | | | 07.00 |



RECEIVED
MAY 0 4 2009

| | |
|---|---|
| Net Invoice: | 27,647.00 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 1,652.40 |
| Invoice Total: | 29,299.40 |

ORIGINAL

# INVOICE



**SOPREMA®**

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066  1-800-356-3521 FAX (330) 335-9504

INVOICE NUMBER: 0014171-IN
INVOICE DATE: 04/30/2009
ORDER NUMBER: 0071164
ORDER DATE: 04/16/2009
CUSTOMER NO: FL141
SALESPERSON: C13

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

DELIVERY DATE:         PROJECT NO: FL091-1-      PROJECT NAME:  STOCK

| CUSTOMER P.O. 8907 | SHIP VIA | F.O.B. | TERMS NET 60 | | |
|---|---|---|---|---|---|
| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |

| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 04955 SOPRALENE FL 180 FR WHITE 3.5 /VAFS1 | ROLL | 375.00 WHSE: OH1 | 375.00 | 0.00 | 58.00 | 21,750.00 |
| FUEL SURCHARGE FLORIDA | | | | | | 107.00 |

RECEIVED
MAY  4 2009

|  | Net Invoice: | 21,857.00 |
|---|---|---|
|  | Less Discount: | 0.00 |
|  | Freight: | 0.00 |
|  | Sales Tax: | 1,305.00 |
|  | **Invoice Total:** | **23,162.00** |

ORIGINAL

# INVOICE



INVOICE NUMBER: 0018832-IN
INVOICE DATE: 10/15/2009
ORDER NUMBER: 0077971
ORDER DATE: 10/09/2009
CUSTOMER NO: FL141
SALESPERSON: C13

REMIT TO: PO BOX 75755, CLEVELAND, OH 44101
PHONE (330) 334-0066  1-800-356-3521  FAX (330) 335-9504

SOLD TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH,  FL   33442

SHIP TO:

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH,  FL   33442

DELIVERY DATE:         PROJECT NO:  FL09101-         PROJECT NAME:  STOCK

| CUSTOMER P.O. 8720 | SHIP VIA | | F.O.B. | | TERMS NET 90 | | |
|---|---|---|---|---|---|---|---|
| ITEM NO. | | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
| 04955 SOPRALENE FL 180 FR WHITE 3.5 | | ROLL | 373.00 WHSE: MS1 | 373.00 | 0.00 | 54.00 | 20,142.00 |
| VAFS1 FUEL SURCHARGE FLORIDA | | | | | | | 113.00 |

| | |
|---|---|
| Net Invoice: | 20,255.00 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 1,208.52 |
| **Invoice Total:** | **21,463.52** |

ACCOUNTING

# SALES ORDER





310 QUADRAL DR. WADSWORTH, OH 44281
PHONE (330) 334-0066  1-800-356-3521  FAX (330) 335-9504

SOLD TO:
WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

SHIP TO:
WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC.
1431 SW 30TH AVENUE
DEERFIELD BEACH, FL  33442

DELIVERY DATE:                    PROJECT INFO:  FL09101- STOCK

| CUSTOMER P.O. 8720 | SHIP VIA FLAT | | F.O.B. | | TERMS NET 90 | | |
|---|---|---|---|---|---|---|---|
| ITEM NUMBER | UNIT | ORDERED | SHIPPED | BACK ORDER | | PRICE | AMOUNT |
| 04955 SOPRALENE FL 180 FR WHITE 3.5 | ROLL | 373.00 | 0.00 WHSE:  MS1 | 0.00 | | 54.0000 | 20,142.00 |
| | | | | | | | 113.00 |

7241VA FUEL SURCHARGE FLORIDA

DELIVER ASAP!

DRIVER MUST CALL B4 DELIVERY,

TO DIANA @ 954-419-9339

PICK-UP #77971

| | |
|---|---|
| Net Order: | 20,255.00 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 1,208.52 |
| Order Total: | 21,463.52 |

10/12/  9:19:47AM  JP