UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 09-23243-CIV-HUCK**

JUAN RAMOS, et al.,

    Plaintiff,
v.

WEISS & WOOLRICH SOUTHERN
ENTERPRISES, INC., et al.,

    Defendants.
_____/

## ORDER DENYING DEFENDANT'S MOTION TO COMPEL SETTLEMENT

    This matter is before the Court upon Defendant's Motion to Compel Settlement filed on June 13, 2011 (D.E. #342). Underlying this motion is a proposal that was discussed between Plaintiff's attorney and Defendant's attorney to enter into a global settlement to settle this case and three related cases: *Orellana*, *Barerra* and *Suchite* (*id.*). The plaintiffs in each of these four cases are represented by the same attorney and each case hinges on the common factual question of whether this attorney made a firm offer to settle these cases. In *Orellana* (10-20137-Civ-Moreno), Chief Magistrate Judge Stephen Brown found that no such firm offer was made and denied Defendant's motion to compel settlement (10-20137-Civ-Moreno, D.E. 192). Judge Moreno denied Defendant's appeal of this ruling (*id.* at D.E. #199). In *Barerra* (09-21841-Civ-Graham/Goodman), Magistrate Judge Goodman similarly found that no firm offer was made and recommended that Defendant's motion to compel settlement be denied (09-21841-Civ-Graham/Goodman at D.E. # 553). In light of these factual findings, this Court similarly denies Defendant's Motion to Compel Settlement.

    DONE AND ORDERED in Chambers, Miami, Florida, this 15th of September, 2011.

                                                  Paul C. Huck
                                                  United States District Judge

Copies furnished to:
All counsel of record.